

CO-386-online
10/03

FILED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Certain Underwriters at Lloyds London, each severally subscribing to insurance policies, each for his own part and not one for the other, numbered AE2141B and VS5057L et al. )<br><br>                                    Plaintiff )<br>          VS                        )       Civil Act<br>                                    )<br>Great Socialist People's Libyan Arab )<br>Jamahiriya a/k/a LIBYA, et al.      )<br>                                    )<br>                          Defendant ) | | CASE NUMBER   1:06CV00731<br><br>JUDGE: Gladys Kessler<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 04/21/2006 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Certain Underwriters at Lloyds London__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Certain Underwriters at Lloyds London__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature] 4/21/06_
Signature

377462
BAR IDENTIFICATION NO.

Richard D. Heideman
Print Name

1146 19th Street, NW 5th Floor
Address

Washington    DC        20036
City          State     Zip Code

202-463-1818
Phone Number

3