CO-386-online
10/03

FILED

APR 2 1 2006

# United States District Court
# For the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certain Underwriters at Lloyds London, each severally subscribing
to insurance policies, each for his own part and not one for the
other, numbered AE2141B and VS5057L et al.

                 **Plaintiff**

    **vs**

Great Socialist People's Libyan Arab
Jamahiriya a/k/a LIBYA, et al.

                 **Defendant**

)
)
)
)
)
)
)
)
)
)
)

Civil Action N

CASE NUMBER  1:06CV00731

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 04/21/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Allianz Cornhill Insurance PLC__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Allianz Cornhill Insurance PLC__ which have

any outstanding securities in the hands of the public:

Allianz Group
Fireman's Fund
FFIC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Richard D. Heideman_  4/21/06

Signature

377462
BAR IDENTIFICATION NO.

Richard D. Heideman
Print Name

1146 19th Street, NW 5th Floor
Address

Washington  DC        20036
City        State        Zip Code

202-463-1818
Phone Number

4