# APPENDIX

# 06-cv-731 (GK)

Case 1:06-cv-00731-GK    Document 17-2    Filed 08/17/2006    Page 1 of 7

# GROUP EXHIBIT A

# 06-cv-731 (GK)



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
| | | | | | The Group | Investor Relations |
| | | | | | Contact | Site Map Settings Help |

# Tracking
## Good Afternoon

**Track your Shipment**
DHL Air Waybill
▶ Track

More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8895724165 | Rockville, MD - USA | Tripoli - Libya | Signed for by: TAHER B ZETU Shipment delivered July 30, 2006 10:18 ✓ |

**8895724165 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:45 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:30 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 27, 2006 | 01:26 | Wilmington - Clinton Field, OH - USA | Departing origin |
| July 27, 2006 | 04:28 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 27, 2006 | 06:06 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 03:55 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 28, 2006 | 06:43 | Rome - Italy | Arrived at DHL facility in Rome - Italy |
| July 28, 2006 | 09:23 | Rome - Italy | Departed from DHL facility in Rome - Italy |
| July 29, 2006 | 03:13 | Tripoli - Libya | Arrived at DHL facility in Tripoli - Libya |
| July 29, 2006 | 03:16 | Tripoli - Libya | Departed from DHL facility in Tripoli - Libya |
| July 29, 2006 | 09:58 | Tripoli - Libya | Consignee premises closed |
| July 30, 2006 | 08:11 | Tripoli - Libya | With delivery courier |
| July 30, 2006 | 10:18 | Tripoli - Libya | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved

AUG-14-06  18:59  FROM-DHL Express  +8022032818  T-642  P.402/002  F-308

ERY DATE: 30/07/2006  TIME: 08:11  ROUTE: T107  A COURIER: 7777  HASSAN  STATION: TIP / TIP / LY01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment.

Sheet: 3 of 7

| CKPT | Awb No. | Orig/Dest | Pcs | Weight | P/U Date | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|---|
| 1 | 4611373071 TUN D | | 1 | 0.5 KG | 26/07/06 | ok | [signature] | V: |
| | NATIONAL BANKING C | | | | | | | |
| 2 | 3788892650 LHR D | | 1 | 0.1 KG | 27/07/06 | ok | | |
| | NAT BANKING CORP | | | | | | | |
| 3 | 3788892753 LHR D | | 1 | 0.1 KG | 27/07/06 | ok | | |
| | NAT BANKING CORP | | | | | | | |
| 4 | 5082611565 MIL D | | 1 | 0.1 KG | 27/07/06 | ok | | |
| | NATIONAL | | | | | | | |
| 5 | 4611370360 TUN D | | 1 | 0.5 KG | 24/07/06 | ok | [signature] 30/7 | |
| | M MED SAID KHAN | | | | | | | |
| 6 | 3180621441 KHI D | | 1 | 0.5 KG | 25/07/06 | ok | [signature] 30/7/2006 | |
| | EMBASSY OF PAKISTAN | DR. BILAL AHMED | | | | | | |
| 7 | 3180398435 ISB D | | 1 | 0.5 KG | 26/07/06 | ok | [signature] 30/7/2006 | |
| | EMBASSY OF PAKISTAN | H.E. THE ABASSADOR | | | | | | |
| 8 | ~~8895721450 DCA D~~ | | ~~1~~ | ~~2.3 KG~~ | ~~26/07/06~~ | c/s | | |
| | ~~LIBYAN MINISTRY OF FOREIGN AFF~~ | ~~ABD AL-RAHMAN SHALQAM~~ | | | | | | |
| 9 | 8895724165 DCA D | | 1 | 2.3 KG | 26/07/06 | | | |
| | LIBYAN MINISTRY OF FOREIGN AFF | ABD AL-RAHMAN SHALQAM | | | | | | |
| 10 | 46113?951 TUN D | | 1 | | 26/07/06 | ok | | |
| | ITALIAN EMBASSY | | | | | | | |
| 11 | 52412?5561 NAP D | | 1 | 0.? KG | 27/07/06 | ok | | |
| | AMBASCIATA D T | | | | | | | |
| 12 | 8207556486 | RoM | 1 | 0.? KG | | ok | | |
| | AMBASC/IT | | | | | | | |

Sign: ALtaher.

30/07/2006 08:12:01    Cash Total: 0.00    FAX NO: 218-21-480 5563

B.rgds. F Mabrouka Tip Tr

Aug. 13 2006 12:21PM P1    PHONE NO. :    : AHMED M BISHARI

# GROUP EXHIBIT B

# 06-cv-731 (GK)

| | Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|---|
| | | | | | | The Group | Investor Relations |
| | | | | | | Contact | Site Map / Settings / Help |

## Tracking
### Good Afternoon

**Track your Shipment**
DHL Air Waybill
▶ Track

More tracking options

- eShipping: Quick Access
- Web Shipping
- Booking
- Tracking
- Logistics eServices
- DHL Interactive
- Trade Automation Service
- Order Supplies

▶ Search

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8895669031 | Rockville, MD - USA | Damascus - Syria | Signed for by: ESAM<br>Shipment delivered July 30, 2006 13:33 ✓ |

**8895669031 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:44 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:29 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 27, 2006 | 00:47 | Wilmington - Clinton Field, OH - USA | Departing origin |
| July 28, 2006 | 01:00 | Wilmington - Clinton Field, OH - USA | Clearance processing complete at Wilmington - Clinton Field - USA |
| July 28, 2006 | 04:30 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 28, 2006 | 06:32 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 10:05 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 28, 2006 | 22:51 | Brussels - Belgium | Arrived at DHL facility in Brussels - Belgium |
| July 29, 2006 | 06:21 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 30, 2006 | 10:03 | Damascus - Syria | Arrived at DHL facility in Damascus - Syria |
| July 30, 2006 | 10:16 | Damascus - Syria | Arrived at DHL Facility |
| July 30, 2006 | 12:31 | Damascus - Syria | With delivery courier |
| July 30, 2006 | 13:33 | Damascus - Syria | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved

P. 01

\*300706DM06802\*
WW903 11 2241486

DELIVERY DATE: 30/07/2006  TIME: 12:31  ROUTE: DM06  B COURIER: 4305  MOHAMMAD  STATION: DAM / DCO / SYQT

Sheet: 2 of 2

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

| No | CKPT | Airbill No | Org | Prod | Pcs | Weight | P/U Date | Amount | Invoice | Name/Comment |
|----|------|------------|-----|------|-----|--------|----------|--------|---------|--------------|
| 1  | | 6189035478 AMS D | | D | 1 | | | | | |
|    | SYRIAN FOR FOREIGN | | | | | | | | | |
| 2  | | 1534780616 BRU | | D | | | | | | |
|    | U.S. EMBASSY DAMASCUS/070 ATTN: MR. JOHN HANLEY/Fn | | | | | | | | | |
| 3  | | 8895669031 DCA D | | D | 1 | 1.4 KG | 26/07/06 | | | |
|    | SYRIAN MINISTRY OF FOREIGN AFF HEAD, MINISTRY OF FOREIG | | | | | | | | | |
| 4  | | | | | | | | | | |
| 5  | | 4918965878 GVA D | | D | 1 | | | | | |
| 6  | | | | D | | | | | | |
| 7  | | 1301488962 BRU D | | D | 2 | | | | | |
|    | DELEGATION DES C.E | | | | | | | | | |
| 8  | | 4301488962 BRU D | | D | | | | | | |
|    | DELEGATION DES C.E | | | | | | | | | |
| 9  | | | | | | | | | | |

KG