# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
Certain Underwriters at Lloyds          )
London, *et al.*,                       )
                                        )
                        Plaintiffs,     )
                                        )
            v.                          )     Civil Action No. 06-00731 (GK)
                                        )
Great Socialist People's Libyan         )
Arab Jamahiriya, *et al.*,              )
                                        )
                        Defendants.     )
_____)

## NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Tracy Reichman Kalik as additional

counsel for the Plaintiffs to receive electronic notifications in the above referenced matter

through the Court's ECF filing system.

Dated:  June 23, 2006              Respectfully Submitted,

                                   HEIDEMAN NUDELMAN
                                     & KALIK P.C.
                                   1146 19th Street, 5th Floor
                                   Washington, DC  20036
                                   Telephone:  202-463-1818
                                   Telefax:  202-463-2999


                                   By:   /s/ *Tracy Reichman Kalik*
                                        Richard D. Heideman (No. 377462)
                                        Noel J. Nudelman (No. 449969)
                                        Tracy Reichman Kalik (No. 462055)