## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*,<br><br>                                  Plaintiffs,<br><br>          v.<br><br>Great Socialist People's Libyan Arab Jamahiriya, *et al.*,<br><br>                                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-00731 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST CERTAIN DEFENDANTS

I, Tracy Reichman Kalik, hereby certify under penalty of perjury, this 3rd day of October, 2006, that:

1. I am one of the attorneys of record for the Plaintiffs in the above-entitled case;

2. Plaintiffs have filed suit against the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security (collectively, "Libyan Defendants"); and the Syrian Arab Republic; Syrian Air Force Intelligence; and General Muhammad Al Khuli, Chief, Syrian Air Force Intelligence (collectively, "Syrian Defendants").

3. The Libyan Defendants have hired counsel and received, by consent, an extension from this Court until November 13, 2006 to answer or otherwise plead. The Syrian Defendants have sought no extension, and accordingly Plaintiff's entitled to Default against the Syrian Defendants.

4.     In support of this application for Default against the Syrian Defendants, I state that the Syrian Defendants:

   a.  Were served with process pursuant to the provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608, and Rule 4(j)(1) of the Federal Rules of Civil Procedure, which directs that "service upon a foreign state or a political

subdivision, agency or instrumentality thereof shall be effected pursuant to 28 U.S.C. § 1608."

b. Plaintiffs effected service under 28 U.S.C. § 1608(a)(3) because the other methods of service under §1608 (a)(1) and (a)(2) were not available in this case; to wit, no "special arrangement" exists with regard to any of the plaintiffs and any of the defendants, 20 U.S.C. § 1608(a)(1); and no international convention has been ratified by the Syrian Arab Republic, 28 U.S.C. § 1608(a)(2);

c. Accordingly, pursuant to 28 U.S.C. § 1608 (a)(3), on March 28, 2005, Plaintiffs requested that the Clerk of Court address and dispatch "copies of the summons and complaint and a notice of suit" and administrative documents, "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to the head of the ministry of foreign affairs for the foreign state concerned . See Letter from Plaintiffs' Counsel to the Clerk of Court, without enclosures, attached hereto as Exhibit A.  Plaintiffs provided the Clerk's office with packages containing said documents for each of the Defendants.

d. The Clerk of Court certified on July 26, 2006 that the complete set of required documents had been mailed by DHL to the appropriate address in accordance with the Plaintiffs' request.

e.  According to the delivery record provided by DHL, on July 30, 2006 "Esam" accepted and signed for the documents at the Syrian Ministry of Foreign Affairs. See the DHL delivery record and signature page for the Syrian Defendants attached hereto as Group Exhibit B.

f. Accordingly, service was complete as of July 30, 2006.  28 U.S.C. § 1608(c)(2), and the deadline for the Syrian Defendants to answer or otherwise plead was September 28, 2006.

g. The authority for obtaining personal jurisdiction over the Defendants served outside the District of Columbia is the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1605(a)(7), 1608(a)(4).

h. I further certify under penalty of perjury that no appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the Plaintiffs; no extension has been given and the time for filing has expired; that none of the Defendants is an infant or an incompetent person.

5. Accordingly, the Clerk is requested to enter a Default against the Syrian Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Attorney for Plaintiffs

Tracy Reichman Kalik (Bar No. 462055)

Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)
HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW
Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

# APPENDIX

# 06-cv-731 (GK)

# GROUP EXHIBIT A

# 06-cv-731 (GK)



**HEIDEMAN
NUDELMAN
KALIK, PC**

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

July 21, 2006

*BY HAND*

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE:    *Certain Underwriters at Lloyds London, et al. v. Great Socialist People's
       Libyan Arab Jamahiriya, et al.*, Civil Action No. 06-00731 (GK)

Dear Ms. Mayer-Whittington:

Per the provisions of 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each . . . to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign states concerned are the Great Socialist People's Libyan Arab Jamahiriya ("Libya") and the Syrian Arab Republic ("Syria"). Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with either Libya or Syria. 28 U.S.C. §1608 (a)(1) and (2).

Enclosed are the nine summonses in this case addressed to each of the defendants in the above referenced civil action. Each summons is translated into Arabic, the official language of Libya and Syria. Also enclosed with each summons is a copy of the Complaint (in English and Arabic), a copy of the Notice of Suit (in Arabic) and a copy of the administrative documents (in English and Arabic).

We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for transmission to the defendants. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of Libya and the Ministry of Foreign Affairs of Syria.

If you have any questions, please feel free to contact me.  Thank you for your assistance.

Sincerely,

Faye N. Eisen

Enclosures

# GROUP EXHIBIT B

## 06-cv-731 (GK)

DHL | Global | Tracking



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |

**Tracking**

**Good Afternoon**



| | The Group | Investor Relations |

| | Contact | Site Map |
| | | Settings |
| | | Help |

▶ Search

Track your Shipment


DHL Air Waybill

Track

More tracking options

▶ eShipping: Quick Access
▶ Web Shipping
▶ Booking
▶ Tracking
▶ Logistics eServices
▶ DHL Interactive
▶ Trade Automation Service
▶ Order Supplies

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8895669031 | Rockville, MD - USA | Damascus - Syria | Signed for by: ESAM Shipment delivered July 30, 2006 13:33 ✔ |

**8895669031 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:44 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:29 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 27, 2006 | 00:47 | Wilmington - Clinton Field, OH - USA | Departing origin |
| July 28, 2006 | 01:00 | Wilmington - Clinton Field, OH - USA | Clearance processing complete at Wilmington - Clinton Field - USA |
| July 28, 2006 | 04:30 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 28, 2006 | 06:32 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 10:05 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 28, 2006 | 22:51 | Brussels - Belgium | Arrived at DHL facility in Brussels - Belgium |
| July 29, 2006 | 06:21 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 30, 2006 | 10:03 | Damascus - Syria | Arrived at DHL facility in Damascus - Syria |
| July 30, 2006 | 10:16 | Damascus - Syria | Arrived at DHL Facility |
| July 30, 2006 | 12:31 | Damascus - Syria | With delivery courier |
| July 30, 2006 | 13:33 | Damascus - Syria | Shipment delivered |

Try a new search.

Deutsche Post ♥ World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006 ▶ DHL International GmbH. All Rights Reserved



P. 01

*3 0 0 7 0 6 D M 0 6 8 0 0 2 *

DELIVERY DATE: 30/07/2006  TIME: 12:31  ROUTE: DM06  B COURIER: 4305  MOHAMMAD  STATION: DAM / DCO / SY01

Sheet: 2 of 2

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

| No CKPT | Airbill No | Org Prod | Pcs | Weight | P/U Date | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|---|
| 1 | 51002740R LXEL D | | 1 | | | | | |
| | SYRIAN INFO FOUNDTN | | | | | | | |
| 2 | 15147046 C FKT D | | | | | AT IVANOFNA HOLMANNLEV(F) | | |
| | U.S. EMBASSY DAMAS/805/416 | | | | | | | |
| 3 | 8895669031 DCA D | 1 | 1.4 kg 26/07/06 | | | | | |
| | SYRIAN MINISTRY OF FOREIGN AFF HEAD, MINISTRY OF FOREIG | | | | | | | |
| 5 | A9102966378 GVA D | | | | | | | |
| | UNHCR (HCR100) | | | | | | | |
| 6 | | | | | | | | |
| | UNHCR (HCR100) | | | | | | | |
| 7 | 4301488962 BRU D | | | | 2875 kg | | | |
| | DELEGATION DES C.E | | | | | | | |
| 8 | 4301490356 DRU D | | | | | | | |
| | DELEGATION DES C.E | | | | | | | |
| 9 | | | | | | | | |