Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CERTAIN UNDERWRITERS AT LLOYDS LONDON,
et al.

_____
Plaintiff(s)

Civil Action No.  06-731 (GK)

V.


GREAT SOCIALIST PEOPLE 'S LIBYAN ARAB
JAMAHIRIYA, et al.

_____
Defendant(s)

RE:  SYRIAN AIR FORCE INTELLIGENCE


## DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint      on          July 30, 2006        , and an

affidavit on behalf of the plaintiff having been filed, it is this  4th  day of __October__ , 2006  declared

that  defendant(s) is/are in default.




NANCY MAYER-WHITTINGTON, Clerk


By: _____
                    Deputy Clerk