**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT ) <br> LLOYDS LONGON, EACH SEVERALLY ) <br> SUBSCRIBING TO INSURANCE ) Case No.: 1:06-cv-00731-GK <br> POLICIES EACH FOR HIS OWN PART ) <br> AND NOT ONE FOR THE OTHER ) <br> NUMERED AE2141B AND VS5057L, ) <br> et al. ) <br>      ) <br>        Plaintiffs, ) <br>      ) <br>   v. ) <br>      ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, et al. ) <br>      ) <br>        Defendants. ) | |

## ORDER

Upon consideration of the Consent Motion of Defendants for Admission *Pro Hac Vice*, and the Court being duly advised in the premises, it is hereby,

ORDERED, this _____ day of _____, 2006, that defendants' Motion is GRANTED, and that the counsel Wendy West Feinstein be admitted *pro hac vice* to this court for purposes of this case.

_____
Judge Gladys Kessler

Copies to:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202) 659-6600

(Con't Next Page)

Richard D. Heideman, Esquire
Tracy Reichman Kalik, Esquire
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036