UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | Civil Action No. 06-00731 (GK) |

**NOTICE OF FILING AMENDED LOCAL RULE 7.1 CERTIFICATION**

Plaintiff Riverstone Insurance (UK) Ltd., successor in interest to Sphere Drake Insurance Ltd., hereby files, by and through counsel, Notice of Filing Amended Local Rule 7.1 Certification, attached hereto as Exhibit A.

Dated: November 9, 2006

Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax:    202-463-2999

By:    /s/ Richard D. Heideman
       /s/ Tracy Reichman Kalik
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

# EXHIBIT A

*Certain Underwriters at Lloyds London, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*

Civil Action No. 06-00731 (GK)

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, each severally subscribing )
to insurance policies, each for his own part and not one for the )
other, numbered AE2141B and VS5057L et al. )
)
)
)
                               Plaintiff )       Civil Action No. __06-00731__
vs )
)
Great Socialist People's Libyan Arab )
Jamahiriya a/k/a LIBYA, et al. )
)
)
                             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Riverstone Insurance (UK) Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Riverstone Insurance (UK) Ltd.__ which have any outstanding securities in the hands of the public:

Fairfax Financial Holdings Limited

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__462055__
BAR IDENTIFICATION NO.

Tracy Reichman Kalik
Print Name

1146 19th Street, NW 5th Floor
Address

Washington   DC        20036
City             State         Zip Code

202-463-1818
Phone Number