**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al )<br><br>   Plaintiffs, )<br><br>v. )<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al )<br><br>   Defendants. ) | Case No. 1:06-cv-00731-GK |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel and with the consent of Plaintiffs' counsel, hereby move pursuant to Fed. R Civ. P. Rule 6 for an extension of twenty-two (22) days for Defendants to answer, move or otherwise respond to the Complaint on or before December 5, 2006. In support of this Motion, Defendants state as follows:

1.  Plaintiffs recently filed an Amended Complaint on November 9, 2006 asserting an additional cause of action against Defendants. A responsive pleading to Plaintiffs' original Complaint was due on or before November 13, 2006. However, Defendants and their counsel require additional time to investigate and respond to the allegations of the Amended Complaint as Defendants are located overseas.

2.  This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

3. This is the second request for an extension of time by Defendants to answer, move or otherwise respond to the Complaint.

4. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), Thomas J. Whalen, Esq. of his office has consulted with Plaintiffs' counsel regarding this request for an extension and Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants request that the Court grant their Consent Motion for a twenty-two (22) day extension to answer, move or otherwise respond to the Complaint on or before December 5, 2006.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: *Mark A. Johnston*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Wendy West Feinstein, Esq. (Pa ID No. 86698)
*Admitted Pro Hac Vice*
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Extension of Time** was electronically filed and served, this 10th day of November, 2006, to:

>Richard D. Heideman
>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036

>          *Mark A. Johnston*
>          Mark A. Johnston