**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al )<br>)<br>Defendants. ) | Case No. 1:06-cv-00731-GK |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of November, 2006,

ORDERED, that Defendants' Consent Motion is GRANTED and that the Defendants have until December 5, 2006 to answer, move or otherwise respond to the Complaint.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia