IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CERTAIN UNDERWRITERS AT LLOYDS )
LONDON, et al )
)
Plaintiffs, )
)
v. ) Case No. 1:06-cv-00731-GK
)
GREAT SOCIALIST PEOPLE'S LIBYAN )
ARAB JAMAHIRIYA, et al )
)
Defendants. )

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of November, 2006,

ORDERED, that Defendants' Consent Motion is GRANTED and that the Defendants have until December 5, 2006 to answer, move or otherwise respond to the Complaint.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia