UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>Great Socialist People's Libyan Arab Jamahiriya, *et al.*,<br><br>      Defendants. | Civil Action No. 06-00731 (GK)<br>Initial Scheduling Conference:<br> January 4, 2007 |

**CONSENT MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**

COMES NOW the Plaintiffs, by and through counsel, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security (hereinafter the "Libyan Defendants") hereby move and request that this Court continue and reschedule the Initial Scheduling Conference, currently set for January 4, 2007 at 9:30 a.m.  In support of this motion, the Plaintiffs state as follows:

1. This Court, by consent of the Parties, has given the Defendants until December 5, 2006 to answer or otherwise plead to Plaintiffs' Complaint.

2. The Defendants have advised Plaintiffs' counsel that they anticipate filing a Motion to Dismiss the Complaint.

3. It is anticipated that Plaintiffs' will seek extension from the Court until January 12, 2006 to respond to the anticipated Motion to Dismiss. The Defendants have consented to such an extension.

4. In order that the Court and the Parties are properly advised as to the initial issues that the Court will be asked to rule upon, and in the interest of judicial economy, the Plaintiffs have requested, and the Defendants have concurred, that the Initial Scheduling Conference be continued by the Court until after the filing of the Motion to Dismiss and opposition papers.

5. Moreover, there is another non-related case before this same Court, *Estate of John Buonocore III, et al v. Great Socialist People's Libyan Arab Jamahiriya et al.*(06-cv-00727-GK) (hereinafter "*Estate of John Buonocore, III* case") where Defendants' counsel is also representing these same Defendants and the undersigned counsel is counsel for different plaintiffs.

6. The *Estate of John Buonocore, III* case is on the same briefing schedule; (a) the defendants are scheduled to file their Answer or otherwise plead on or before December 5, 2006; (b) counsel for the Defendants have advised they anticipate filing a Motion to Dismiss in that matter as well; and (c) Plaintiffs anticipate requesting by consent to have until January 12, 2006 to file their opposition papers.

7. Currently, there is an Initial Scheduling Conference in the *Estate of John Buonocore, III* case set for December 18, 2006. By separate

motion, the Plaintiffs with the consent of the Defendants are also going to move in that matter the Court to continue the Initial Scheduling Conference to a date after the filing of Plaintiffs' anticipated opposition brief.

8. The parties in both this matter and the *Estate of John Buonocore, III* case are requesting that the Initial Scheduling Conferences for those matters be reset to take place at the same date, as many of the issues that will be discussed between the parties and the Court will be applicable in both cases.

9. The parties have conferred and advise the Court that they will be available for Initial Scheduling Conferences in both this matter and the *Estate of John Buonocore, III* case on any date the week of January 29, 2007.

WHEREFORE, for the reasons set forth above, the Parties request that the Court continue the Initial Scheduling Conference currently set for December 18, 2006 and reschedule it to be held the week of January 29, 2007 on the same date that the Court can set both the Initial Scheduling Conference in this matter and in the *Estate of John Buonocore, III* case.

November 21, 2006        Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW
Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

By: _/s/Richard D. Heideman_____

3

        /s/ *Tracy Reichman Kalik*_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of November, 2006, I caused the above Consent Motion for a Continuance of the Initial Scheduling Conference to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219