UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | Civil Action No. 06-00731 (GK) |

**ORDER**

This matter having come before the Court on Plaintiff's Consent Motion to Continue the Initial Scheduling Conference currently set for January 4, 2007 at 9:30 a.m., and the Court having been sufficiently advised,

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this matter shall be continued until _____, 2007 at _____ a.m./p.m.

IT IS SO ORDERED on this the _____ day of _____, 2006.

_____
Hon. Gladys Kessler
Judge, United States District Court