DM : AD                                    PHONE NO. : 3616835

FROM :ALMAHFUDHAT                FAX NO. :00218213406591        Nov. 12 2009 02:51PM  F1



إن العلاقات الناجمة بين
الشعوب وليست بين الحكومات

لا ديمقراطية
بدون مؤتمرات شعبية

التاريخ :
الموافق : ٢ م ٦ - ١١ - ١٢

الجماهيرية العربية الليبية الشعبية الاشتراكية العظمى
اللجنة الشعبية العامة
للاتصال الخارجي والتعاون الدولي

الرقم الإشاري :
سلفات :

١٦٢٣١
١٨٤٥ / احتفظ على

السيد /

بعد التحية ....

تشهد الإدارة العامة للشؤون المالية والإدارية باللجنة الشعبية العامة للاتصال
الخارجي والتعاون الدولي بأن الأخ الموظف / ابراهيم محمد البشاري
المكتسب للعلم للشؤون الأفريقية السابق بالنيابة للشعبية العامة للاتصال الخارجي والتعاون
الدولي قد انتقل إلى رحمة الله تعالى بتاريخ ٢٣/٩/١٩٩٧م و إثر حادث اليم ألمّ به تأديته
لواجبه .

**أعطيت هذه الإفادة لاستعمالها فيما يخوله القانون .**

والسلام عليكم ورحمة الله وبركاته ،،،

عبدالحميد علي فرشيش

مدير الإدارة العامة للشؤون المالية والإدارية

DEFENDANT'S
EXHIBIT

B

ALL-STATE LEGAL®