| No democracy without public hearings | Emblem | Relationships are established Between people, not governments |

Date: 11-12-2006                                                         Control Number:
                                                                         Attachments:

The great Libyan Arab Socialist Jamahiria
General Public Commission
For External communications and International Cooperation

To Whom It May Concern

Greetings:

The general commission for financial affairs and administrative matters of the public office for External Communications and International Cooperation herby confirms that the deceases, brother, Mr. Ibrahim Mohamad Al-Bashary, the previous underwriter of African affairs within the General public commission for External Communications and International Cooperation died on 9/13/197 after having been involved in a fatal accident while he was on duty.

This document has been issued to confirm this fact and to be used lawfully,

Greetings

Abdel Hamid Ali Farahat
The director of the General Commission of
financial affairs and administrative matters

DEFENDANT'S EXHIBIT C