**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, EACH SEVERALLY SUBSCRIBING TO INSURANCE POLICIES EACH FOR HIS OWN PART AND NOT ONE FOR THE OTHER NUMBERED AE2141B AND VS5057L, *et al.* | ) ) ) Case No. 1:06-cv-00731-GK ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA a/k/a LIBYA, *et al.* | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, any Opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of _____, 2006,

ORDERED, that Defendants' Motion is GRANTED and that the Complaint is hereby dismissed with prejudice.

_____
HON. GLADYS KESSLER
United States District Court Judge