**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00731 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO LIBYAN DEFENDANTS' MOTION TO DISMISS**

COME NOW the Plaintiffs, by and through counsel, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security (hereinafter the "Libyan Defendants") hereby move pursuant to Fed. R. of Civ. P. 6 for an extension of time to respond to the Motion to Dismiss filed by the Libyan Defendants. In support of this Motion, the Plaintiffs state as follows:

1. On December 5, 2006, Defendants filed a substantive Motion to Dismiss the Plaintiffs' Amended Complaint.

2. On December 7, 2006, the Court granted the parties' Consent Motion for Extension of Time to Respond to Libyan Defendants' Motion to Dismiss, giving Plaintiffs until January 19, 2007 to respond to the

       Motion to Dismiss, and giving Defendants until February 16, 2007 to file their Reply.

3. Plaintiffs and their counsel require additional time to investigate, research and respond to the extensive brief filed in support of the Libyan Defendants' Motion to Dismiss.

4. Plaintiffs' are seeking until an extension of two weeks, until February 2, 2007, to respond to the Motion to Dismiss.

5. In accordance with L.Cv.R 7.1 (m), Plaintiffs' counsel has consulted with counsel for the Libyan Defendants, and Defendants' counsel has consented to this extension.

6. Plaintiffs also consent to the Court extending the Defendants' time to file a Reply until March 2, 2007.

7. A status conference is currently scheduled for January 30, 2006 in this matter. This extension should not affect the scheduled date for the status conference.

8. No party is prejudiced by this extension.

WHEREFORE, for the reasons set forth above, the Plaintiffs request that the Court grant their consent Motion for an Extension of Time allowing the Plaintiffs until February 2, 2007 to file their brief in opposition to Defendants' Motion to Dismiss, and allowing the Defendants until March 2, 2007 to file their Reply.

Dated: January 17, 2007    Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

By: _/s/Richard D. Heideman_____

_/s/ Tracy Reichman Kalik_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:    202-955-3806

CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2007, I caused the above Consent Motion for an Extension of Time to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

    _Tracy Reichman Kalik, Esq._

3