**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| | ) |
| Certain Underwriters at Lloyds | ) |
| London, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 06-00731 (GK) |
| | ) |
| Great Socialist People's Libyan | ) |
| Arab Jamahiriya, *et al.*, | ) |
| | ) |
| Defendants. | ) |

_____)

**ORDER**

This matter having come before the Court on Plaintiffs' Consent Motion for an

Extension of Time to Respond to Libyan Defendants' Motion to Dismiss and the Court

having been sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiffs shall have until February 2, 2007 to

file their brief in Opposition to Defendants' pending Motion to Dismiss.

IT IS FURTHER ORDERED that the Defendants shall have until March 2, 2007

to file their Reply.

IT IS SO ORDERED on this the _____ day of _____, 2007.


_____
Hon. Gladys Kessler
Judge, United States District Court