AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Certain Underwriters at Lloyds London, et al.
          Plaintiff(s)

vs.

Great Socialist People's Libyan Arab Jamahiriya, et al.
          Defendant(s)

**APPEARANCE**

CASE NUMBER   06-00731 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Steven R. Perles__ as counsel in this
                            (Attorney's Name)

case for: __Certain Underwriters at Lloyds London, et al. - All Plaintiffs__
                    (Name of party or parties)

January 31, 2007
Date

*/s/ Steven R. Perles*
Signature

Steven R. Perles
Print Name

No. 326975
BAR IDENTIFICATION

1146 19th Street, NW, Suite 500
Address

Washington, DC 20036
City    State    Zip Code

202-955-9055
Phone Number