UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) ) ) ) |   |
| Plaintiffs, | ) ) |   |
| v. | ) ) | Civil Action No. 06-00731 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) ) ) ) |   |
| Defendants. | ) ) |   |

**CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF PAGE LIMITATIONS**

COME NOW the Plaintiffs, by and through counsel, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security hereby move this Court for leave to file a Memorandum in Opposition to Defendants' Motion to Dismiss in excess of the 45-page limit set by the Local Rules of this Court. In support of this request, Plaintiffs hereby state as follows:

1. Additional pages are necessary for the Plaintiffs' Opposition because the Defendants' Motion to Dismiss raises complex issues involving sovereign immunity, the application of various counterterrorism statutes to the Plaintiffs'

claims, statutes of limitations, service of process, and the common law Head-of-State Doctrine; and

2. To properly respond, it is necessary for the Plaintiffs to fully brief the reasons for which the Court should deny the Defendants' Motion to Dismiss; and

3. Plaintiffs' anticipate filing their brief on time, on February 2, 2007 and at this time request that the Court grant the Plaintiffs leave to file not more than fifteen (15) extra pages over the page limits set by the Court's Local Rules.

WHEREFORE, for the reasons set forth above, Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion for Leave to File a Brief in Excess of the Page Limitations set by the Local Rules of this Court.

Dated:  January 31, 2007                    Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999
Email: attorneys@hlnklaw.com

By: _/s/ Richard D. Heideman_____

   _/s/Tracy Reichman Kalik_____

Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)


PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:    202-955-3806

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 31st day of January, 2007, a true and accurate copy of the foregoing, Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, was served via the U.S. District Court for the District of Columbia's ECF filing system on counsel of record for the defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

                                                  _____/s/ Tracy Reichman Kalik___