*Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya*

**Case No. 06-cv-731 (GK)**

**Plaintiffs' Exhibit 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patrick Scott Baker, et al.

    Plaintiffs,

        v.

Case Number: 03-cv-0749 (GK)

Socialist People's Libyan Arab
Jamahirya, et al.

    Defendants.

## AFFIDAVIT OF OMAR MOHAMMED ALI REZAQ

STATE OF COLORADO        )
                        ) ss
FLORENCE                )

I, OMAR MOHAMMED ALI REZAQ, declare under penalty of perjury, as follows:

1.      My name is Omar Mohammed Ali Rezaq.

2.      am serving a life sentence at the Federal Maximum Security Prison, ADX, Federal Bureau of Prisons, in Florence, Colorado having been convicted of air piracy, as a result of my involvement in the Egypt Air hijacking that took place on November 23, 1985 ("Egypt Air Hijacking").

3.      On or about 9 April 2004 I met with Attorney Richard D. Heideman, Attorney Noel J. Nudelman and Carl Shepherd at the ADX prison and discussed with them my involvement in the hijacking, as well as the facts leading up to the

1

hijacking itself. During the course of the interview I stated, among other things, the following, all of which is true:

a.  On November 23, 1985, I, and other operatives from the Abu Nidal Organization ("ANO"), hijacked Egypt Air Flight 648 which was enroute from Athens, Greece to Cairo, Egypt.

b.  Prior to the hijacking, I was trained at an ANO terrorist camp located in Bekaa Valley, Lebanon.

c.  I traveled on a Jordanian passport from Lebanon, Bekaa Valley, to Athens, Greece for the specific purpose of participating in the hijacking. I was given a Tunisian passport when I was in Greece.

d.  While I was in Athens, Greece, I met with Abu Khalid from the ANO who introduced me to a Libyan government official.

e.  I met the Libyan government official on two separate occasions regarding the planned hijacking. The second meeting took place in a location where access was permitted only for diplomats.

f.  Only because of what the Libyan government official said and did was it possible for the hijacking to take place on 23 November 1985.

I hereby declare under the penalty of perjury that is true and accurate to the best of my knowledge and belief.

_____
Omar Mohammed Ali Rezaq

Subscribed and sworn to before me this the 14th day of _May_ 2004 by Omar Mohammed Ali Rezaq in the Florence, Colorado.

_____
Notary Public

My Commission Expires  Oct 28, 2007

VINDEL K. SUDLOW
Notary Public
State of Colorado

2