# *Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya*

# Case No. 06-cv-731 (GK)

# Plaintiffs' Exhibit 3

CORTE FEDERALE DI PRIMO GRADO DEGLI STATI UNITI
PER IL DISTRETTO DI COLUMBIA

Patrimonio di John Buonocore, III, et al. )
)
           Attori. )
)
  contro ) Causa No. 1:06cv00727
)
Repubblica Araba Socialista Popolare )
di Libia Al Jamahiriya, et al. )
)
           Convenuti. )

## AFFIDAVIT DI KHALED IBRAHIM

Io sottoscritto, KHALED IBRAHIM, dichiaro quanto segue sotto pena di falsa testimonianza:

1. Mi chiamo Khaled Ibrahim.

2. Sono attualmente detenuto nel carcere di Rebibbia, a Roma, in Italia, essendo stato riconosciuto colpevole dai tribunali penali italiani di avere partecipato all'attentato ai banchi accettazione delle linee aeree TWA e El Al Israel Airlines presso l'Aeroporto Internazionale Leonardo da Vinci di Fiumicino, Italia ("Aeroporto di Fiumicino"), compiuto il 27 dicembre, 1985.

3. Nei giorni 13, 14 e 15 dicembre del 2006, mi sono incontrato con l'avvocato Richard D. Heideman, l'avvocato Noel J. Nudelman, l'avvocato F. Ronald Jenkins e altri del loro studio legale, e con la signora Maria Vittoria Ieranò, traduttrice iscritta all'albo dei periti del Tribunale di Roma, presso il Carcere di Rebibbia e ho discusso con loro del mio coinvolgimento nell'attentato all'aeroporto di Fiumicino, nonché degli eventi che hanno portato all'attentato stesso. Nel corso del colloquio, ho dichiarato, tra le altre cose, quanto segue e tutto corrisponde a verità:

4. Sono nato in un piccolo villaggio Al Hasbani, in Libano, il 15 dicembre del 1967 e sono palestinese. Da bambino, ho vissuto con la mia famiglia in Siria ed in Libano ed ho frequentato la scuola dell'UNESCO.

5. All'età di circa 12 o 13 anni, sono stato selezionato per entrare nell'organizzazione Fatah e sono stato addestrato all'uso delle armi.

6. All'epoca della guerra tra Libano e Israele, nel 1982, ero di stanza nel Libano meridionale con Fatah. Ci spostavamo continuamente da un luogo all'altro.

1

7. Nel 1983, dopo che Yasser Arafat lasciò il Libano per recarsi in Tunisia, rimanemmo senza capi che ci dicessero cosa fare e senza cibo, né denaro.

8. Eravamo armati, giovani e venimmo a sapere di un nuovo gruppo al quale ci unimmo. Questo nuovo gruppo era noto con un altro nome, Consiglio Rivoluzionario ("Organizzazione Abu Nidal" o "OAN"), ed era capeggiato da Abu Nidal.

9. Come membri dell'OAN, eravamo di stanza nella Valle della Bekaa controllata dai siriani, in Libano. Anche l'esercito siriano era di stanza lì e non interferiva con le nostre attività.

10. L'OAN ci forniva cibo, armi e denaro. Io percepivo uno stipendio mensile dall'OAN. Potevo scegliere se riscuoterlo in lire libanesi, in lire siriane o in dollari USA. Il mio stipendio equivaleva a 1.000 lire libanesi al mese. Prima di entrare a far parte dell'OAN, percepivo uno stipendio dall'OLP che mi veniva corrisposto in lire libanesi in ragione di 800 lire libanesi al mese.



11. Quando il nostro gruppo entrò a far parte dell'OAN, fu impiegato per combattere dal momento che avevamo esperienza effettiva di combattimento.

12. Alla fine, l'organizzazione OAN fu la principale organizzazione palestinese rimasta in Siria e Libano. L'OAN aveva basi militari nella Valle della Bekaa, situata a soli 5 minuti dal confine siriano. L'esercito siriano ed i servizi segreti siriani controllavano la Valle della Bekaa. L'OAN ed i servizi segreti siriani intrattenevano buoni rapporti e l'esercito siriano non interferiva con l'OAN. La Siria forniva anche altri tipi di sostegno e aiuti all'OAN.

13. In Siria, l'OAN disponeva di appartamenti che erano noti come case e che venivano utilizzati dall'OAN per l'addestramento, incontri, come uffici e per ricreazione. La Siria era a conoscenza dell'esistenza di queste case dell'OAN. Nel 1984 e nel 1985, mi sono recato nelle case dell'OAN in Siria.

14. Queste case erano gestite da un comitato che si occupava di operazioni esterne. Il comitato si chiamava comitato per le operazioni esterne. Il comitato mi convocò e mi disse che dal momento che ero bravo e sapevo combattere, volevano invitarmi a fare parte del comitato.

15. Il comitato per le operazioni esterne era uno dei quattro comitati che dipendevano dal comitato centrale, cioè quello principale. Gli altri tre comitati erano il comitato per la sicurezza e le informazioni, il comitato militare ed il comitato per le operazioni nei territori occupati.

16. Il comitato per le operazioni esterne mi spiegò che una volta che fossi entrato a far parte di questo comitato non avrei più avuto bisogno di indossare la divisa o di portare armi perché mi sarei occupato di operazioni all'estero che erano segrete e

2

pertanto avrei indossato abiti borghesi. Mi dissero che mi avrebbero mandato a seguire un addestramento avanzato, che ho seguito nei campi di addestramento dell'OAN.

17. Dopo che ebbi completato l'addestramento avanzato, il comitato mi fece tornare in diverse occasioni nelle case dell'OAN che si trovavano a Damasco, dove fui incaricato di compiere varie operazioni all'estero, in diversi paesi, tra cui Cipro, la Francia, la Romania, il Pakistan, la Jugoslavia e l'Italia. Prima di queste operazioni, dovevamo seguire un ulteriore addestramento speciale.

18. Nel 1985, seguii assieme a un gruppo un ulteriore periodo di addestramento speciale, sebbene, in quel momento, non fossimo a conoscenza dell'obiettivo dei vari incarichi per i quali il gruppo veniva addestrato, dal momento che tutto era segreto, compresa la nostra selezione. Alcuni membri di questo gruppo hanno compiuto l'attentato all'aeroporto di Fiumicino; l'attentato all'aeroporto di Vienna; l'attentato al Café de Paris di Roma e altri attentati. Conosco anche alcuni dei membri dell'OAN che hanno compiuto gli attentati alla British Airways e all'Ambasciata della Giordania.

19. L'OAN rivendicò i diversi attentati compiuti dall'OAN perché voleva che si sapesse che erano stati loro a compiere quegli attentati. L'OAN aveva anche varie divisioni che si occupavano di operazioni diverse. So che l'OAN ha compiuto altri attentati, compreso il dirottamento del volo 648 della Egypt Air a Malta che ebbe luogo prima del mio arrivo a Roma, e l'attentato successivo alla sinagoga turca.

20. Circa un mese prima dell'attentato all'aeroporto di Fiumicino, andai a Damasco dove incontrai Salim, un uomo che era a capo del comitato dell'OAN per le operazioni esterne, e dove fui informato che sarei stato mandato a Roma per un'operazione. In quell'occasione, Salim mi consegnò un passaporto marocchino, dei biglietti, del denaro (2.000 dollari USA) e istruzioni. Poco tempo dopo partii da Damasco assieme a un membro del nostro gruppo, un uomo dal nome di Taysir, e mi recai a Roma passando per Belgrado. Viaggiammo in aereo da Damasco a Belgrado e poi in treno da Belgrado a Roma.

21. Dopo il nostro arrivo a Roma, incontrammo gli altri due membri della nostra squadra di quattro uomini. Gli altri due membri erano Bilal e Mohamed. Riconobbi in Bilal e Mohamed due membri del gruppo con il quale avevo seguito un addestramento speciale nella Valle della Bekaa controllata dai siriani.

22. Taysir ed io stavamo in un albergo e credo che Bilal e Mohamed stessero in un altro albergo. Durante il periodo che trascorremmo a Roma prima dell'attentato ci spostavamo da un posto all'altro. Avevamo ricevuto istruzioni di rimanere a Roma finché non fossimo stati contattati e non avessimo ricevuto ordini e dettagli sulla nostra operazione. Dal momento che erano trascorse diverse settimane senza che fossimo contattati, chiamai la casa dell'OAN a Damasco a proposito

3

dell'operazione. Parlai con Fouad che avevo conosciuto nelle case dell'OAN. Anche lui era un membro del comitato per le operazioni esterne ed era il contatto del mio gruppo per questa operazione. Mi disse che sarebbe venuto a Roma tra qualche giorno.

23. Due giorni prima dell'attentato all'aeroporto di Fiumicino ci incontrammo con Fouad. Fouad ci disse che l'attentato sarebbe avvenuto all'aeroporto di Fiumicino. Ci disse di andare all'aeroporto di Fiumicino, di prendere degli ostaggi, di farli salire sull'aereo israeliano e di chiedere la liberazione di tutti i prigionieri palestinesi. L'OAN sapeva che gli israeliani non avrebbero mai acconsentito alla richiesta ed i nostri ordini erano di portare l'aereo in Israele e di farlo esplodere. Fouad ci disse anche che al banco accettazione israeliano ci sarebbero stati dei piloti israeliani in borghese che rientravano da missioni di addestramento. Disse che si trattava degli stessi piloti che ogni giorno bombardavano le nostre famiglie nel Libano meridionale. Fouad voleva farci credere che quelle persone erano dei militari in abiti borghesi e non semplicemente dei civili innocenti.

24. Il piano non riguardava soltanto l'aeroporto di Fiumicino, ma prevedeva un attentato simultaneo e coordinato con un altro attentato all'aeroporto di Vienna. Lo so perché fui informato dall'OAN dell'attentato all'aeroporto di Vienna un giorno prima dell'attentato all'aeroporto di Fiumicino e anche del fatto che entrambi gli attentati dovevano avere luogo alla stessa ora, alle 9 di mattina del 27 dicembre. Era necessario compiere questi attentati allo stesso tempo per avere maggiore impatto e per dimostrare che eravamo in grado di coordinare gli attentati.

25. Inoltre, conosco gli uomini responsabili dell'attentato all'aeroporto di Vienna perché siamo stati addestrati insieme nei campi dell'OAN in Libano, e sono anche loro membri dell'OAN.

26. La sera prima dell'attentato, siamo andati all'aeroporto di Fiumicino per vedere dove si trovavano i banchi accettazione della El Al e della TWA e per prendere dimestichezza con il luogo in cui dovevamo fare l'attentato. La stessa sera, Fouad mi portò a Villa Glori per dissotterrare le armi (4 Kalyshnikov, proiettili con caricatori e 15 granate) che erano state sotterrate per poi essere impiegate negli attentati. Fouad avere una mappa che indicava dove erano state sotterrate le armi. Abbiamo pulito e lubrificato le armi e poi le abbiamo distribuite agli altri membri del gruppo.

27. Il giorno dell'attentato, i quattro componenti del nostro gruppo si recarono all'aeroporto di Fiumicino. Il mio gruppo entrò nell'aeroporto ciascuno con la propria sacca contenente un Kalyshnikov e delle granate, e ci posizionammo per l'attentato delle 9. L'attentato non si svolse come previsto perché ci fu una sparatoria, scoppiò una granata ed i miei tre complici furono colpiti e uccisi. Io fui colpito e ferito, poi fui arrestato, ricoverato in ospedale e condannato.

4

28. Per quanto ne so, ci sono stati 13 morti e 75 feriti durante l'attentato e di questo sono molto dispiaciuto.

28. All'epoca dell'attentato, Qaddafi della Libia dichiarò che gli attentati erano giusti e ci definì eroi e martiri. La Libia ha fornito armi, denaro, sostegno e passaporti all'Organizzazione Abu Nidal. Qaddafi ha dichiarato in diverse occasioni di sostenere l'OAN e altri gruppi terroristici. La Libia e Qaddafi sostenevano l'OAN e l'OAN sosteneva la Libia e Qaddafi.

29. Sapevamo che Qaddafi e la Libia ci aiutavano. Era di dominio pubblico ed era normale che la Libia aiutasse l'OAN e tutti lo sapevano. Condividevamo la stessa visione.

30. Ci era stato detto che con questi attentati avremmo cambiato la storia. Ora mi rendo conto che ci avevano detto questo perché volevano che portassimo a termine gli attentati, che fossimo pronti e anche contenti di morire. Oggi accade la stessa cosa. Ai giovani fanno il lavaggio del cervello facendogli credere che cambieranno la storia.

31. Ho trascorso in prigione quasi 21 anni e mi sono reso conto di avere sprecato la mia vita. So di avere causato sofferenze a molto persone che non conosco e mi dispiace per ciò che ho fatto alle persone innocenti dell'aeroporto di Fiumicino.

Con la presente dichiaro sotto pena di falsa testimonianza che, per quanto ne so, i fatti suesposti sono veri ed esatti.

_____
KHALED IBRAHIM

Sottoscritto e giurato dinanzi a me, il _15_ dicembre, 2006, da KHALED IBRAHIM, in Roma, Italia.

MINISTERO DELLA GIUSTIZIA  Titolare della direzione per
DIREZIONE CASA DI RECLUSIONE REBIBBIA  la casa di Reclusione di Rebibbia
Via Bartolo Longo, 72 - 00156 ROMA
Tel. Centr. 06/415201 - Fax 06/4112776
Area Segreteria                          Dott. Stefano Ricca

Visto è autentica la firma
di KHALED IBRAHIM
in atto ristretto in questa
Casa di Reclusione
IL DIRETTORE



15 DIC. 2006

5

# TRIBUNALE DI ROMA

Ufficio Atti Notori - Perizie e Traduzioni

## VERBALE DI GIURAMENTO

CRONOLOGICO

N. ........................

Roma, ........................

*IL COLLABORATORE*

Addì ........................ avanti al sottoscritto Cancelliere è presente il

Signor: MARIA VITTORIA VERANO

documento: PATENTE  N. 143968

rilasciato da PREFETTO AI R.C. il 15/12/75

il quale chiede di asseverare con giuramento il **suesteso atto. Io**

Cancelliere, previe ammonizioni di legge, invito il **comparente al**

giuramento, che egli presta ripetendo: "Giuro di avere bene e fedelmente

adempiuto all'incarico affidatomi al solo scopo di far conoscere la verità".

Letto, confermato e sottoscritto.



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Estate of John Buonocore, III, et al.    )
                                          )
                    Plaintiffs.           )
                                          )
          v.                              )    Case No. 1:06cv00727
                                          )
Great Socialist People's Libyan           )
Arab Jamahiriya, et al.                   )
                                          )
                    Defendants.           )

### AFFIDAVIT OF KHALED IBRAHIM

I, KHALED IBRAHIM, declare under penalty of perjury, as follows:

1. My name is Khaled Ibrahim.

2. I am presently incarcerated in Rebibbia Prison, Rome, Italy, having been convicted in the Italian criminal courts of my participation in the attack upon the TWA and El Al Israel Airlines check-in counters at the Leonardo da Vinci International Airport, Fiumicino, Italy ("Fiumicino Airport"), which occurred on December 27, 1985.

3. On or about the 13th, 14th and 15th days of December, 2006, I met with attorney Richard D. Heideman, attorney Noel J. Nudelman, attorney F. Ronald Jenkins, and others with their firms and Maria Vittoria Ierano, a certified translator, at the Rebibbia Prison and discussed with them my involvement in the Fiumicino Airport attack, as well as the events leading up to the attack itself. During the course of the interview, I stated among other things the following, all of which is true:

4. I was born in a small village Al Hasbani, Lebanon on December 15, 1967 and I am Palestinian. As a young boy, I lived with my family in both Syria and Lebanon and attended the UNESCO school.

5. At the age of approximately 12 or 13, I was selected into the Fatah organization and received weapons training.

6. At the time of Lebanon-Israel war in 1982, I was based with Fatah in Southern Lebanon. We moved constantly from one place to another.

7. In 1983, after Yasser Arafat left Lebanon for Tunisia, we had no leaders to tell us what to do, and we had nothing to eat and no money.

1

8. We were armed, young and we found out about a new group and joined. This new group had another name, the Revolutionary Council ("Abu Nidal Organization" or "ANO"), and Abu Nidal was its head.

9. As members of ANO, we were based in the Syrian controlled Bekaa Valley, Lebanon. The Syrian army was also based there and did not interfere with our activities.

10. ANO provided food, weapons and money. I received a monthly salary from the ANO. I had the option of receiving either Lebanese Lira, Syrian Lira or United States Dollars. My salary was the equivalent of 1,000 Lebanese Lira each month. Before joining the ANO, my salary had been paid by the PLO, and was paid in Lebanese Lira at the rate of 800 Lebanese Lira per month.

11. When our group became members of ANO, as we had real fighting experience, we were used to fight.

12. The ANO organization eventually became the main Palestinian organization that remained in Syria and Lebanon. ANO had military bases in the Bekaa Valley, which was located only 5 minutes from the Syrian border. The Syrian Army and Syrian secret service controlled the Bekaa Valley. ANO and the Syrian secret service had a good relationship and the Syrian army did not interfere with the ANO. Syria also provided other support and help for ANO.

13. In Syria, ANO maintained apartments which were known as houses and which were used by ANO for training, meetings, offices and leisure. Syria new about the existence of these ANO houses. In 1984 and 1985, I went to the ANO houses in Syria.

14. These houses were run by a committee that was involved in foreign operations. This committee was called the committee for foreign operations. I was called by the committee and they told me that since I was good and knew how to fight they were inviting me to become involved with the committee.

15. The committee for foreign operations was one of four committees under the central committee, which was the main committee. The three other committees were the committee for security and information, the committee for military and the committee for operations in occupied territories.

16. The committee for foreign operations explained to me that once I became involved with the committee, I would not need to wear a uniform or weapons, as I would be involved in foreign operations that were secret, where I would be dressed as a civilian. They told me they would send me to get advanced training, which I received in ANO training camps.

2

17. Once I completed my advanced training, the committee brought me back at various times to the ANO houses in Damascus and I was given assignments for various foreign operations abroad, which included different countries such as Cyprus, France, Romania, Pakistan, Yugoslavia and Italy. Prior to some of these foreign operations, we also received additional special training.

18. In 1985, a group of us received additional special training together, although at the time we did not know the objective of the different assignments for the special training being received by the group since everything was secret, even our selection. Members of this group committed the Fiumicino Airport attack, the Vienna Airport attack, the Café de Paris in Rome attack plus other attacks. I also know some of the ANO members who committed the attacks on British Airways, and the Jordanian Embassy.

19. ANO took responsibility for the various attacks committed by ANO as he wanted people to know when they did those attacks. ANO also had different divisions which did different operations. I know that ANO did other attacks including the Egypt Air Flight 648 hijacking to Malta which took place before I went to Rome, and the later attack upon the Turkish synagogue.

20. Approximately one month prior to the Fiumicino Airport attack, I traveled to Damascus and met with Salim, a man who was the head of the ANO committee on foreign operations, where I learned that I was going to be sent to Rome for an operation. At this time, Salim gave to me a Moroccan passport, tickets, money ($2,000 USD) and instructions. I soon departed together with one member of our group, a man named Taysir, and traveled from Damascus to Rome through Belgrade. We flew from Damascus to Belgrade and then took a train from Belgrade to Rome.

21. After we arrived in Rome, we met up with two other members of our four man team. The two other members were Bilal and Mohamed. I recognized Bilal and Mohamed from the group that I trained with to receive special training in the Syrian controlled Bekaa Valley.

22. Taysir and I stayed in one hotel and I believe Bilal and Mohamed stayed in another hotel. We moved from place to place during our time in Rome before the attack. We had been instructed to wait in Rome until we were contacted and provided orders and details of our operation. As a number of weeks had passed without being contacted, I called the ANO house in Damascus about the operation. I spoke with Fouad, who I knew from the ANO houses. He was also a member of the committee for foreign operations and was the liason with my group for this operation. He told me he would be coming to Rome in a few days.

23. Two days before the attack at the Fiumicino Airport, we met with Fouad. Fouad told us that the attack would be at the Fiumicino Airport. We were told to go to the Fiumicino Airport, to take hostages, to take them to the Israeli airplane and to

3

make a request that all the Palestinian prisoners be freed. ANO knew the Israelis would never accept that request and our orders were to take the plane to Israel and blow it up. Fouad also said those at the Israeli counter would be Israeli pilots in civilians clothes returning home from training missions. He said they were the same pilots that were bombing their families every day in Southern Lebanon. Fouad wanted us to believe that the people were military in civilian clothes and not just innocent civilians.

24. The plan was not only directed to the Fiumicino Airport, but was to be simultaneous and coordinated with another attack at the Vienna Airport. I know this because one day before the Fiumicino Airport attack I was advised by ANO of the Vienna Airport attack and that both attacks were to take place at the same time at 9:00 am on December 27th. It was necessary to do these attacks at the same time to make a big impact by showing that we could coordinate attacks.

25. In addition, I know the men who committed the attack at the Vienna Airport because we had trained together in ANO camps in Lebanon, and they are also members of ANO.

26. The night before the attack, we went to Fiumicino Airport to observe the El AL and TWA check-in counter areas to become familiar with the site of the planned attack. That same evening, Fouad took me to Villa Glori and we dug up the weapons (4 Kalyshnikov guns, bullets in clips and 15 grenades) that had been buried for our use in the attack. Fouad had a map that showed where the weapons were buried. We cleaned and lubricated the weapons, and distributed them to the others in our group.

27. On the day of the attack, the four members of our group went to the Fiumicino Airport. My group entered the airport with our own bag each containing a Kalyshnikov and grenades, and positioned ourselves for the 9:00 am attack. The attack did not go as planned as a shootout occurred, a grenade went off and my three accomplices were shot and killed. I was shot and injured, arrested and hospitalized, and convicted.

28. My understanding is that 13 people were killed and 75 people were injured in the attack, for which I am very sorry.

28. At the time of the attack, Qaddafi of Libya said the attacks were right, and he called us heroes and martyrs. Libya provided to the Abu Nidal Organization weapons, money, support and passports. Qaddafi made various statements that he supported ANO and other terrorist groups. Libya and Qaddafi supported the ANO and the ANO supported Libya and Qaddafi.

29. We knew Qaddafi and Libya helped us. It was common knowledge and normal for Libya to help the ANO, and everyone knew that. We had a shared vision.

30. We were told that with these attacks we would change history. Now I realize that they told us that because they wanted us to carry out attacks to be ready to die and to be happy to die. It happens today too. Young people are constantly brainwashed to believe they too will change history

31. I have now been in prison for almost 21 years, and realize that my life has been wasted. I know I have caused the suffering of many people who I do not know, and I am very sorry for what I caused to the innocent people at the Fiumicino Airport.

I hereby declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

_____
**KHALED IBRAHIM** (signed)

Subscribed and sworn to before me this the __15th____ day of December, 2006, by **KHALED IBRAHIM**, in Rome Italy.

Director of Rebibbia Penal Institution

_____
Dr. Stefano Ricca

(Stamp): MINISTRY OF JUSTICE
Direction of Rebibbia Penal Institution
Via Bartolo Longo, 72 – 00156 Rome
Tel.: 06/415201 – Fax 06/4112776
Secretary's Office

Authentication: True signature of Khaled Ibrahim
on limited deed in this Penal Institution

(Stamp): Direction of Rebibbia Penal Institution

15 December 2006

5

# TRIBUNALE DI ROMA

Ufficio Atti Notori - Perizie e Traduzioni

VERBALE DI GIURAMENTO

CRONOLOGICO
N. 18149

Roma, 22 DIC. 2006

IL COLLABORATORE

Addì 22 DIC. 2006 avanti al sottoscritto Cancelliere è presente il

Signor: MARIA VITTORIA IERANO

documento: PATENTE  N. 143968

rilasciato da PREFETTO DI RC  il 15/12/78

il quale chiede di asseverare con giuramento il suesteso atto. Io Cancelliere, previe ammonizioni di legge, invito il comparente al giuramento, che egli presta ripetendo: "Giuro di avere bene e fedelmente adempiuto all'incarico affidatomi al solo scopo di far conoscere la verità".

Letto, confermato e sottoscritto.

*[signature: Maria Vittoria Ieranò]*

IL DIRETTORE DI CANCELLERIA
(Anna Paola TEDESCHI)

*[seal: TRIBUNALE ORDINARIO DI ROMA]*