# *Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya*

# Case No. 06-cv-731 (GK)

# Plaintiffs' Exhibit 4



# CERTIFICATION

Schreiber Translations, Inc.

51 Monroe Street

Suite 101

Rockville, MD 20850

P: 301.424.7737

F: 301.424.2336

This is to certify that the attached __English__ language document, identified as __Affidavit of MUSTAFA BADRA__, is a true and accurate translation of the original __German__ language document to the best of our knowledge and belief.

Executed this __8th__ day of __JANUARY__, 2007

_[signature]_
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Subscribed and sworn to before me, in my presence, __8th__ day of __January__ 2007, a Notary Public in and for the __County__ of __Montgomery (Maryland)__

_[signature]_

Milton C. Shattuck, III
Notary Public State of Maryland
My commission expires November 10, 2009.

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com

www.schreibernet.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore, III, et al. )
)
Plaintiffs )
)
)   Case No. 1:06cv00727
)
Great Socialist People's Libyan )
Arab Jamahiriya, el al. )
)
Defendants. )

### Affidavit of MUSTAFA BADRA, also known as
### MONGI BEN ABDALLA SAADAOUI

I, MONGI BEN ADBALLA SAADAOUI, declare under penalty of perjury, as follows:

1. My name is Mustafa Badra. I am also known as Mongi ben Abdalla Saadaoui. I can speak, read and understand German.

2. I am presently incarcerated in Stein Prison, Krems on the Danube, Austria, having been convicted in the Austrian criminal courts almost twenty-one years ago as a result of my participation in the attack upon the El Al Israel Airlines terminal at the Vienna International airport (Schwechat), which occurred on December 27, 1985.

3. On December 11 and 12, 2006, I met with the attorneys Richard D. Hedieman, Noel J. Nudelman, F. Ronald Jenkins, Phyllis G. Heideman, aspirant attorney Anne Godde and translator Lydia Wazir-Staubmann, at the Stein Prison and discussed with them my involvement in the Vienna-Schwechat Airport attack, as well as the events leading up to the attack itself. During the course of the interview, I stated among other things the following, all of which is true:

4. I was born in Kuwait on August 7, 1962. I moved as a young child to Palestine with my parents. We remained in our village, Salwad, near Ramallah, in the West Bank, until the war between Israel and Jordan, after which we moved back to Kuwait, where I remained until I was 18. When I was 13 years old I went to Syria for three months for basic military weapons training. This is where I first saw Yassir Arafat, in Syria, at a camp in the village of Azra in Syria.

1

5. In 1980 I moved to Lebanon and joined Fatah, one of several organizations of the Palestine Liberation Organization ("PLO"). I worked with Fatah until the 1982 Lebanon War, after which I went to Tunisia at the time that Yassir Arafat and the PLO left Lebanon for Tunisia.

6. Fatah consisted of separate movements, including one led by Arafat.

7. There was also an organization led by Ahmad Jabril, and another led by Abu Nidal. Each of these organizations had different attitudes, opinions and ideologies.

8. In 1983, I was with Arafat's organization in Tunisia, where I was paid in U.S. dollars, and where I was an office clerk working for the bureau mainly typing documents. I also briefly worked in 1984 with one of the other Fatah organizations. Then, in early 1985, I joined the Abu Nidal Organization ("ANO") and worked for Abu Nidal at the time of the Vienna-Schwechat Airport Attack, in December 1985. While with the ANO, I was at various times a bodyguard for my boss, and also worked for the secret service and the military. I was paid in Syrian lira, in cash, on a monthly basis. When I was with the secret service of the ANO, I worked in Syria for two months in March and April 1985 at the Refugee camp Al Yarmuk. Then I requested to be reassigned to the military group, which I did from May 1985 until October 1985, during which time I was selected to be in the Abu Nidal group that carried out operations and planned attacks. One of my responsibilities was also as a body guard for an Abu Nidal boss who drove a BMW car provided by Gaddafi of Libya.

9. The Abu Nidal Organization had between 1000 and 2000 men working for it, and was supported by Libya, Syria and Lebanon. I was based at the organization's operations in Bekaa in Lebanon and also in Syria. The border between Lebanon and Syria was open and I went back and forth between Syria and Lebanon.

10. The ANO was run like a real company, with different departments, including secret service, military, archives, foreign relations and others. I know they received money from Gaddafi in Libya, and also from others, and that Gaddafi once gave ten million dollars to Abu Nidal to support operations of the organization, in addition to giving bullet proof cars to each of the bosses, and a vehicle with cannons which I drove. Gaddafi and Libya supported us with weapons and money. We had a city within a city.

11. In October 1985, I was part of an ANO group that received special training for operations to be conducted in various places. Later I learned they were carried out in Europe, in Greece, Rome, Vienna, Turkey, a synagogue, a coffee shop and also an airplane in Pakistan. I was not involved in the other operations, only in the attack at the Vienna-Schwechat Airport. The overall purpose of the operations was to create a war between Israel and the Arab countries. That was the goal. Gaddafi of Libya was angry that there were peace discussions between Israel and Egypt, and he wanted to cause a war so he could land troops in Israel. Libya provided money and weapons to the ANO and others. The money was sent to banks in Syria and elsewhere. The weapons were sent to Syria, which took part of the delivery, and the rest was given to Abu Nidal. Abu Nidal went to Libya and met with Gaddafi. It was on TV. It was also in our ANO newspaper.

12. Our training lasted two or three months. At the time, we didn't know our specific targets of the operations. Various people in the group were trained, then they left, having been sent different places and I never saw them again, except I have been shown photographs of some of them by the police in Austria. Specifically I have identified the faces of four people from our group with whom we trained and who were involved in the Rome Fiumicino Airport attack, which occurred on the same day as the Vienna attack.

13. In December 1985 I was sent to Damascus where I stayed for two or three weeks with three companions from my group in an apartment, awaiting our papers and instructions. Then I received a Tunisian passport with my picture in it, but the name in the passport was Sadaaoui. I also received $2000 in U.S. dollars, as well as travel instructions from the ANO member who I had met in Syria. I bought a ticket and traveled with one of my accomplices from Damascus to Switzerland and then by train to Vienna, arriving three days before the attack.

14. While in Vienna, I received a bag containing clothes, a Kalashnikov gun and two grenades. The weapons were provided by a person who was in Vienna, as the guns and grenades had been stored in Vienna and prepared for us. I also received instructions about the operation to be conducted at the airport in Vienna. On the day before the attack I went to the airport to check out the El Al Israel air terminal, and sat and drank tea watching how things worked with people and security. I was also instructed to stay at the "Susanna" guest house in the first district in Vienna.

15. Our team had breakfast at the Hilton in Vienna with a person we had met before at the Abu Nidal Organization in Lebanon and Syria, and I returned to him about 500 or 600 dollars of unused money, and also gave him my passport.

16. When we went to the airport on December 27, 1985, our plan was to throw grenades at the people at the El Al check-in to cause panic and then to kidnap Israeli people with Israeli passports so we could demand an airplane and fly with the hostages to Tel Aviv and crash the lane. This plan was developed two months before the attack. The goal was to do something between Israel and the Arab states and to create a war with Israel. Our boss told us that if we managed to get the airplane over Israel, Israel would go to war with the Arab countries, which was our goal. We were doing our job. This was the purpose of Abu Nidal, and what Gaddafi wanted.

17. I expected to die in that operation. Now I wonder what did I destroy my life for.

I hereby declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.


*(signed – Mustafa Badra (Mongi Ben Abdalla Saadaoui – 8/7/1962)*

_____
Mustafa Badra, also known as Mongi ben Abdalla Saadaoui

Subscribed and sworn to before me this the **12th** day of December, 2006, by Mustafa Badra, also known as Mongi ben Abdalla Saadaoui, in Krems on the Danube, Austria.

(Stamp: Dr. Klaus WIESINGER

Notary Public                        *(signed)*_____

Krems/Danube, Lower Austria)        Notary Public

4

[Copy of ID card with photograph in Arabic]

[Reverse side of ID card in Arabic]

Reference 1521/2006

I hereby confirm the authenticity of the signature of Mr. **Mustafa Badra (Mongi Ben Abdalla Saadaoui),** born on August seventh (7) nineteen hundred sixty-two (1962), presently performing a prison sentence at the Stein Prison, A-3504 Krems-Stein, Steiner Landstraße 4. ---------------------------------------------------------

Krems on the Danube, on December twelfth (12) two thousand and six (2006). ------
The fee of EUR 13.00 has been paid. ---------------------------------------------------------

(Stamp: Dr. Klaus WIESINGER

Notary Public                          _(signed)_

Krems/Danube, Lower Austria)           Notary Public




(Stamp: Dr. Klaus WIESINGER

Notary Public                          _(signed)_

Krems/Danube, Lower Austria)           Notary Public

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore, III, et al.    )
                                         )
                    Klaeger.             )
                                         )
v.                                       )    Case No. 1:06cv00727
                                         )
Great Socialist People's Libyan          )
Arab Jamahiriya, el al.                  )
                                         )
                    Angeklagter.         )

**Eidesstattliche Erklaerung von MUSTAFA BADRA, auch bekannt als
MONGI BEN ABDALLA SAADAOUI**

Hiermit erklaere ich, MONGI BEN ADBALLA SAADAOUI, unter Meineid folgendes:

1. Mein Name ist Mustafa Badra. Ich bin ebenso unter dem Namen Mongi ben Abdalla Saadaoui bekannt. Ich spreche, lese und verstehe deutsch.

2. Ich befinde mich momentan in Haft im Gefaengnis Stein, Krems an der Donau, Oesterreich. Aufgrund meiner Teilnahme an dem Anschlag auf den El Al Check-In Schalter am Flughafen Wien-Schwechat, welcher am 27. Dezember 1985 stattfand, wurde ich vor dem oesterreichischen Strafgericht vor fast einundzwanzig Jahren verurteilt.

3. Am 11. und 12. Dezember 2006 habe ich mich mit den Anwaelten Richard D. Hedieman, Noel J. Nudelman, F. Ronald Jenkins, Phyllis G. Heideman, Anwaltsanwaerterin Anne Godde und der Uebersetzerin Lydia Wazir-Staubmann, in der Justizanstalt Stein getroffen und habe mit ihnen ueber meine Beteiligung an dem Anschlag an dem Flughafen Wien-Schwechat gesprochen. Waehrend der Befragung habe ich unter anderem folgendes gesagt, welches alles der Wahrheit entspricht:

4. Ich wurde am 7.August 1962 in Kuwait geboren. Ich bin als kleiner Junge mit meinen Eltern nach Palaestina gezogen. Wir blieben bis zum Krieg zwischen Israel und Jordanien in unserem Dorf Salwad in der Naehe von Ramallah in der West Bank. Dann zogen wir zurueck nach Kuwait, wo ich bis zu meinem achtzehnten Lebensjahr blieb. Als ich dreizehn Jahre alt war ging ich zum Zwecke eines militaerischen Grund- und Waffentrainings fuer drei Monate nach Syrien. In dieser Zeit habe ich Yassir Arafat zum ersten Mal in einem Camp in dem Dorf Azra in Syrien gesehen.

1

5. 1980 zog ich in den Libanon und trat der Fatah, eine von mehreren Organisationen der palaestinensischen Befreiungsorganisation („PLO"), bei. Ich habe bis zum Libanonkrieg 1982 fuer die Fatah Organisation gearbeitet. Danach ging ich zur gleichen Zeit nach Tunesien, zu der auch Yassir Arafat und die PLO den Libanon verliessen um nach Tunesien aufzubrechen.

6. Fatah bestand aus getrennten Bewegungen einschliesslich einer Bewegung, die von Arafat angefuehrt wurde.

7. Es gab ebenso eine Organisation, die von Ahmad Jabril angefuehrt wurde, und eine weitere, die von Abu Nidal angefuehrt wurde. Jede dieser Organisationen hatte unterschiedliche Einstellungen, Meinungen und Ideologien.

8. 1983 war ich mit der Organisation von Arafat in Tunesien, wo ich in US Dollars bezahlt wurde und wo ich im Buero gearbeitet habe und hauptsaechlich mit dem Tippen von Dokumenten beauftragt war. 1984 habe ich ausserdem kurz fuer eine der anderen Fatah Organisationen gearbeitet. Zu Beginn des Jahres 1985 bin ich dann der Abu Nidal Organisation („ANO") beigetreten. Ich habe zur Zeit des Anschlags auf den Flughafen Wien-Schwechat im Dezember 1985 auch fuer die ANO gearbeitet. Waehrend meiner Zeit bei der ANO habe ich sowohl mehrere Male als Bodyguard fuer meinen Chef als auch fuer den Geheimdienst und das Militaer gearbeitet. Ich wurde monatlich in syrischen Lira bar bezahlt. Als ich Mitglied des Geheimdienstes der ANO war, habe ich im Maerz und April 1985 fuer zwei Monate in Syrien im Fluechtlingslager Al Yarmuk gearbeitet. Dann habe ich beantragt wieder der Militaergruppe zugewiesen zu werden, was ab Mai 1985 bis Oktober 1985 auch geschehen ist. Waehrend dieser Zeit wurde ich fuer die ANO Gruppe ausgewaehlt, die Operationen ausfuehrte und Anschlaege plante. Eine meiner Aufgaben war auch die eines Bodyguards fuer einen Anfuehrer, der einen BMW fuhr, der von dem Lybier Qaddafi bereitgestellt wurde.

9. Fuer die ANO haben zwischen 1000 und 2000 Maenner gearbeitet. Sie wurde von Lybien, Syrien und dem Libanon unterstuetzt. Ich war in den Einheiten der Organisation in Bekaa im Libanon und auch in Syrien stationiert. Die Grenze zwischen dem Libanon und Syrien war offen und ich habe mich zwischen Syrien und dem Libanon hin und her bewegt.

10. Die ANO wurde wie ein echtes Unternehmen gefuehrt. Es gab unterschiedliche Abteilungen, darunter der Geheimdienst, das Militaer, die Archive, Auswaertige Beziehungen und andere. Ich weiss, dass die Organisation Geld von Qaddafi in Lybien und auch von anderen erhalten haben und dass Qaddafi der ANO zehn Millionen Dollar gegeben hat um damit die Operationen der Organisation zu unterstuetzen. Ausserdem hat er jedem der Anfuehrer schusssichere Fahrzeuge ausgehaendigt and auch ein Fahrzug mit Kanonen, welches ich selbst gefahren habe. Qaddafi und Lybien haben uns mit Waffen und Geld unterstuetzt. Wir hatten eine Stadt innerhalb einer Stadt.

11. Im Oktober 1985 war ich Mitglied einer ANO Gruppe, die spezielles Training fuer Operationen erhalten hat, die an verschiedenen Orten stattfinden sollten. Spaeter habe ich dann erfahren, dass sie in Europa, in Griechenland, Rom, Wien, der Tuerkei, in einer Synagoge, in einem Cafe und ebenso in einem Flugzeug in Pakistan stattgefunden haben. Ich war in die anderen Operationen nicht mit einbezogen, nur in den Anschlag am Flughafen Wien-Schwechat. Der entscheidende Zweck der Operationen war es einen Krieg zwischen Israel und den arabischen Laendern zu provozieren. Dies war das Ziel. Qaddafi von Lybien war erbost darueber, dass Friedensdiskussionen zwischen Israel und Aegypten stattgefunden haben und deshalb wollte er einen Krieg herbeifuehren, sodass er Truppen nach Israel schicken konnte. Lybien hat der ANO Geld und Waffen zur Verfuegung gestellt. Das Geld wurde an Banken in Syrien und in anderen Laendern geschickt. Die Waffen wurden nach Syrien geschickt. Syrien hat einen Teil der Waffen behalten und der Rest wurde an die ANO uebergeben. Abu Nidal ging nach Lybien und hat sich mit Qaddafi getroffen. Dies wurde im Fernsehen gezeigt. Es stand ebenso in unserer ANO Zeitung.

12. Unsere Ausbildung dauerte zwei oder drei Monate an. Zu dieser Zeit kannten wir das genaue Ziel unserer Operation nicht. Verschiedene Leute in der Gruppe wurden ausgebildet und verliessen dann das Lager, wobei sie zu verschiedenen Orten geschickt wurden, und ich habe sie daraufhin nie wieder gesehen, mit einer Ausnahme: die oesterreichische Polizei zeigte mir Photos von einigen dieser Leute. Ich habe dabei die Gesichter von vier Leuten unserer Gruppe, mit denen wir ausgebildet wurden und die an dem Anschlag am Flughafen Fiumicino in Rom beteiligt waren, der an dem gleichen Tag wie der Anschlag in Wien stattgefunden hat, identifiziert.

13. Im Dezember 1985 wurde ich nach Damaskus geschickt, wo ich mich zwei bis drei Wochen mit drei Gefaehrten meiner Gruppe in einem Appartment aufhielt bis wir schliesslich unsere Papiere und unsere Anweisungen erhalten haben. Ich erhielt einen tunesischen Pass mit meinem Photo darin. Der Name in dem Pass war allerdings Saadaoui. Ich habe darueber hinaus 2000 US Dollars erhalten und Reiseanweisungen von einem Mitglied der ANO Organisation, welches ich in Syrien getroffen hatte. Ich kaufte ein Ticket und reise mit meinem Komplizen von Damaskus in die Schweiz und dann mit dem Zug nach Wien. Ich kam dort drei Tage vor dem Anschlag an.

14. Waehrend ich mich in Wien aufhielt erhielt ich eine Tasche, die Kleidung beinhaltete, eine Kalaschnikof Maschinenpistole und zwei Handgranaten. Die Waffen wurden von einer Person beschafft, die sich in Wien aufhielt, und wurden fuer uns in Wien gelagert und bereitgestellt. Ich habe dann auch die Anweisung erhalten, dass die Operation am Flughafen in Wien durchgefuehrt werden sollte. Am Tag vor dem Anschlag ging ich zum Flughafen um den El Al Check-In Schalter zu begutachten. Ich habe mich dort hingesetzt und Tee getrunken und mir angeschaut wie die Dinge mit den Leuten und den Sicherheitskraeften

3

ablaufen. Mir wurde darueber hinaus die Anweisung gegeben in der Pension „Susanna" im 1. Bezirk in Wien zu uebernachten.

15. Unser Team ging zum Fruehstueck in das Hilton Hotel in Wien. Dort trafen wir eine Person, die wir bereits vorher bei der ANO in Syrien und im Libanon getroffen hatten. Ich gab ihm das von mir nicht gebrauchte Geld, ungefaehr 500 oder 600 Dollar, und auch meinen Pass zurueck.

16. Als wir am 27. Dezember 1985 zum Flughafen kamen war unser Plan die Leute am El Al Check-In mit Handgranaten zu bewerfen um dadurch Panik auszuloesen. Dann wollten wir die Israeli mit israelischem Pass als Geiseln nehmen um dadurch zu erzwingen, dass uns ein Flugzeug zur Verfuegung gestellt wird. Wir wollten dann mit den Geiseln nach Tel Aviv fliegen und dort das Flugzeug abstuerzen zu lassen. Dieser Plan wurde zwei Monate vor dem Anschlag erstellt. Das Ziel war es etwas zwischen Israel und den arabischen Staaten zu unternehmen und einen Krieg mit Israel zu errichten. Unser Anfuehrer erzaehlte uns, dass Israel, wenn wir es schaffen sollten mit dem Flugzeug ueber Israel zu fliegen, einen Krieg mit den arabischen Staaten beginnt. Dies war unser Ziel. Wir taten unsere Arbeit. Dies war die Zielsetzung von Abu Nidal, dies war was Qaddafi wollte.

17. Ich bin davon ausgegangen, dass ich bei dieser Operation sterben werde. Heute frage ich mich wofuer ich mein Leben zerstoert habe.

Hiermit erklaere ich unter Meineid, dass obige Erklaerungen nach meinem besten Wissen und Gewissen der Wahrheit entsprechen und vollstaendig sind.

*Mustafa Badra (Mongi Ben Abdalla Saadaoui) 7.8.1962*

Mustafa Badra, also known as Mongi ben Abdalla Saadaoui

Unterzeichnet und vereidigt in meiner Anwesenheit am 12. Dezember 2006 von Mustafa Badra, auch bekannt als Mongi ben Abdalla Saadaoui, in Krems an der Donau, Oesterreich.

Oeffentlicher Notar

4





0005335

BRZ 1521/2006

Die Echtheit der Unterschrift des Herrn **Mustafa Badra (Mongi Ben Abdalla Saadaoui)**, geboren am siebenten (7.) August (1962) eintausendneunhundertzweiundsechzig, derzeit im Strafvollzug in der Justizanstalt Stein, A-3504 Krems-Stein, Steiner Landstraße 4, wird bestätigt. ----------------------------------
Krems an der Donau, am zwölften (12.) Dezember (2006) zweitausendsechs. ----------------------------------
Gebühr EUR 13,-- entrichtet. ----------------------------------



ÖFF. NOTAR

