*Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya*

**Case No. 06-cv-731 (GK)**

**Plaintiffs' Exhibit 5**



# United States Department of State



Office of the Secretary of State
Ambassador-at-Large for Counter-Terrorism

February 1989

---

**FACT SHEET**

## Abu Nidal Organization

AN ORGANIZATION
OF TERROR

The Abu Nidal Organization (ANO) is one of the world's most dangerous and violent terrorist organizations. The group has repeatedly demonstrated its willingness and ability to operate ruthlessly in a wide variety of countries. It has staged attacks in over 20 countries on three continents killing more than 300 people and injuring another 650.

Although the ANO is a Palestinian group, it has conducted the majority of its attacks outside the Middle East, nearly two-thirds in Western Europe. It has successfully established a network of support that extends to Europe and other continents. The ANO clearly defines its goal as the destruction of Israel, although its targets

include the Palestine Liberation
Organization (PLO) and Palestinian
moderates, plus moderate Arab and Western
interests. When conducting its operations,
the ANO engages in indiscriminate violence
against bystanders, including children.
Among the most brutal examples:

-- The July 1988 machinegun and grenade
attack on the Greek cruise ship "The
City of Poros". Nine were killed --
including French, Danish and Greek
citizens -- and 98 wounded.

-- The May 1988 machinegun and grenade
attacks on a hotel and a club in
Khartoum, Sudan, known to be frequented
by Westerners. Eight people were
killed -- five British and three
Sudanese -- and scores, including
several Americans, wounded.

-- The September 1986 machinegun and
grenade attack on the Neve Shalom
synagogue in Istanbul. Twenty-two
worshipers were killed -- 20 Turks and
two Israelis.

-- The September 1986 attempted
hijacking of Pan Am Flight 73 in
Karachi, Pakistan, which left 21 dead
-- 14 Indians, three Pakistanis, two
Mexicans, and two Americans.

-- The simultaneous December 1985
attacks on El Al ticket counters at the
Rome and Vienna airports, which left
more than a dozen dead -- five
Americans, three Greeks, two Mexicans,
two Israelis, one Algerian, and one
Austrian.

-3-

BACKGROUND

The name ANO is derived from the nom de guerre of its leader, Sabri al-Banna who calls himself Abu Nidal.  Officially named "Fatah--The Revolutionary Council", it was formed in 1974 when it broke away from Yasir Arafat's Fatah after Arafat banned terrorist actions outside Israel and the occupied territories by groups associated with the Palestine Liberation Organization (PLO).

The ANO views anyone who considers negotiation with Israel a traitor and has directed terrorist attacks against moderate PLO officials when they appear to be moving in that direction.  Sabri al-Banna was sentenced to death in absentia by the Fatah command in 1974, allegedly for planning the murder of Arafat and other PLO officials. Since that time, ANO terrorists have attacked PLO officials and offices in London, Kuwait; Paris, Islamabad, Brussels, Rome, Lisbon, Athens, Ankara, and Belgrade, killing at least eleven.

The ANO is committed to using violence to disrupt diplomatic efforts designed to reconcile Israel and the Arab states, especially those mounted by Jordan's King Hussein and Arafat's PLO.  Having called for the destruction of moderate Arab governments, the ANO target list includes Jordan, Kuwait, the United Arab Emirates and Egypt.  The ANO contends that both inter-Arab and intra-Palestinian terrorism are needed to act as catalysts to an all-embracing Arab revolution which would lead to the liberation of Palestine.  Sabri al-Banna has publicly threatened sovereign nations with terrorism for what he sees as their part in preventing the formation of a Palestinian homeland as well as to gain the release of ANO members imprisoned in various countries.

-4-

In his own words, al-Banna has described ANO's goals as:

Total destruction of the Zionist entity...Building a democratic people's regime in which Palestine is a homeland. In other words, our struggle is for the liberation of Palestine, in which we wish to establish a secular democratic state.

ANO's operating philosophy is committed to using terrorist violence as its tool.

ORGANIZATION

By choosing "Fatah--The Revolutionary Council" as the official name of the ANO, al-Banna projects his claim that his organization, rather than the one led by Arafat, is the legitimate Fatah. Underscoring this, ANO's organizational structure is quite similar to that of Fatah. Al-Banna directly controls and guides the ANO, and is assisted by a ten-member politburo created in 1985 to supervise daily operations and ensure that his policies are carried out.

The ANO's highest administrative body and theoretically the principal decision-making organ is the central committee, some of whose members are elected by the group's general membership while others are appointed by the politburo. The central committee selects department leaders and assigns them their responsibilities. Another body, a "revolutionary council" comprised of about 40 members, provides ideological guidance, indoctrination, and discipline.

-5-

The ANO is structured into six functional departments as follows:

--Organization Department:  Handles relations with foreign governments and liaison with student movements, unions and other mass organizations, and coordinates with operational elements abroad through six regional committees.

--Finance and Economic Department: Manages income and investments from ANO commercial activities, and probably is responsible for general accounting and payroll requirements.

--Information Department:  Handles security and intelligence functions, and is probably responsible for planning and implementing terrorist operations.

--Political Department:  Performs liaison and propaganda functions, publishes "Filastin al-Thawra", the ANO's international news weekly aimed at Palestinians, and "Al-Tariq", an internal typewritten document reportedly written by Sabri al-Banna. "Al-Tariq" contains policy recommendations, future plans, ideological discussions, internal criticism, and personnel matters.

--Lebanon Affairs Department:  Handles ANO activities in Lebanon and relations with the various organizations and movements in Lebanon.  This department was formed in 1986 because of the growing importance of Lebanon, particularly in the south as a base of operations following the formation of

-6-

an ANO militia to compete with various
Palestinian and other factions in that
country.

--Administrative Department:
Responsible for day to day
administrative functions of the
organization.

The ANO has maintained a conventional
militia force in Lebanon for the past two
years.  It has become increasingly involved
in Palestinian issues there, possibly
including participation in taking a Swiss
Red Cross worker hostage in November, and
has even attempted to launch commando raids
into Israel from Lebanon.  It has also taken
hostage eight Europeans -- including a
pregnant woman and her two young children --
who were cruising in the Mediterranean in
November 1987.  (The two children were
released by the ANO through Libya in
December 1988.)  Despite these relatively
new activities, however, the ANO's
international terrorist apparatus remains
its primary tool.

TRAINING            ANO terrorist operatives are carefully
screened, selected, and trained.  Its
operatives currently receive
paramilitary-style training at camps in
Lebanon and Libya.  Some of these camps are
controlled by other terrorist groups, such
as the Popular Front for the Liberation of
Palestine - General Command (PFLP-GC), which
trains for urban guerrilla warfare as well
as for terrorist activities.

Political indoctrination is an important
component of ANO training, with the
cornerstone resting on extreme Palestinian

Sent B          202 745 1958;          Dec-16-03  4:41PM          Page 8

nationalism and on revolutionary action.
The ANO ideology is an amalgam of vague
Marxist revolutionary slogans that emphasize
class struggle, anti-capitalism and
anti-imperialism.  The ANO places heavy
stress on loyalty and obedience.
"Defectors" have been killed, and each new
recruit signs a statement upon entry that he
understands and accepts that he will be
executed if discovered to have contacts with
the enemy.

SPONSORSHIP

The support the ANO receives from various
countries enhances its ability to conduct
terrorist operations globally.  These
state-sponsors of terrorism provide the ANO
with safehaven, logistics, training and
finances, assisting it in supporting the
worldwide clandestine infrastructure needed
to conduct terrorist operations.  Such
support has come mainly from Arab
governments flatly opposed to any concession
to Israel.

ANO's relationship with these patrons,
however, waxes and wanes depending on how
the ANO views the country's utility to it
and, conversely, how the country views ANO's
usefulness in accomplishing its own goals.
Because of such seesaw relationships, the
ANO takes the precaution of not stationing
its entire leadership in any one country.
In return for such sponsorship, the ANO is
willing to conduct operations on behalf of
its patrons.

Iraq

In its earlier years, the ANO depended
heavily on Iraq for support; and in return
carried out terrorist attacks against Iraq's
enemies, as well as against competing
Palestinian factions.  Al-Banna's radical
views found favor with the Iraqi regime and
the close relationship which he developed

—8—

with Iraqi intelligence proved beneficial to the ANO's development. In 1983, however, as Iraq became more deeply involved in its war with Iran and sought to improve its relations with the PLO and the West, ANO was forced to move its operations out of Baghdad

Syria

The ANO then moved its headquarters to Syria, an arch-rival of the Baghdad regime. Syrian support continued until June 1987, when Syria closed down ANO offices in Damascus in an effort to improve its image following revelations in European courts of official Syrian involvement in terrorist activities. (ANO training facilities in the Syrian-controlled Bekka Valley in Lebanon, however, still exist.)

Prior to this, however, Damascus provided the ANO with important logistical support, and allowed it to maintain offices in Damascus and training facilities in Syria as well as the Bekka Valley. Syria also provided ANO with travel documents and permitted its operatives to transit Damascus when departing on terrorist missions. According to the lone surviving ANO terrorist from the December 1985 Rome airport massacre, members of the four-man hit team were trained in Syrian-occupied Lebanon by Syrians. They then traveled to Damascus, where they received tickets for air travel and where they remained while final preparations were made for the attack.

The ANO move to Syria in 1983 also coincided with an increase in its terrorist attacks. Between 1983 and 1986, the ANO struck at U.S., British, pro-Arafat Palestinian, Turkish, Jordanian and Israeli targets.

Between October 1983 and August 1985, the ANO conducted over a dozen attacks against

Jordanian targets, including the assassination of Jordanian diplomats in Bucharest and Ankara and bombing Jordanian airline offices in several European cities as part of a Syrian campaign to disrupt Jordanian initiatives in the Middle East peace process. These attacks against Jordanians ceased temporarily after King Hussein broke off peace process discussions with the PLO. The attacks may have again resumed, however, as the ANO may be responsible for the bombings which took place in Amman, Jordan, in April 1988.

- Libya

Following its expulsion from Syria in June 1987, the ANO found a willing new patron in Libya, building upon an already existing and mutually beneficial relationship which dated at least to 1985.

Libya uses terrorism as an instrument of its own foreign policy and ANO targets have often coincided with Libya's anti-Western interests. Libya provides the ANO with safehaven, finances, weapons, false travel documents and training facilities, and provides similar assistance to other terrorists.

Libyan support to the ANO has included assistance for specific terrorist operations. Libya provided the weapons and passports used by the ANO terrorists who attacked the El Al ticket counter at Vienna airport in December 1985. Libya is believed to have been involved in the bloody ANO hijacking to Malta of Egyptair Flight 648 in November 1985. Greek police have also traced the weapons used in "The City of Poros" attack in July 1988 to a shipment originally sold to Tripoli. The alleged leader of this operation used a Libyan passport.

-10-

ANO OPERATIONS
AND CURRENT
TRENDS

ANO tactics frequently involve indiscriminately inflicting maximum casualties upon innocent civilians, often by spraying machinegun fire and throwing handgrenades without warning and without any pretext of issuing demands. The intent is to kill and maim as many people as possible.

There was a lull in ANO terrorist activity from late 1986 into early 1988, which is partially attributed to the ANO overtures at the time to Yasir Arafat seeking admission into the PLO and promising to refrain from international terrorist attacks. It is believed, however, that a major reason for this lull was a need to reconsolidate after a series of setbacks suffered by the group, not the least being its ouster from Syria in June 1987 which forced it to relocate before reviving operations. The ANO has also been trying to improve its independent financial base after a U.S. diplomatic campaign seriously disrupted the ANO commercial network in Eastern Europe in 1987.

Since 1988, the ANO has revived its international terrorist operations and it again threatens indiscriminate violence against defenseless civilians, as has characterized its previous activities. Should the current PLO political initiatives gain momentum, the ANO can be expected to intensify further its terrorist attacks.

Annex:  Selective Terrorist Incident Chronology

-11-

SELECTIVE TERRORIST INCIDENT CHRONOLOGY

<u>1988</u>

December

-- ANO claimed credit for a clash with Israeli forces on the Lebanon-Israeli border in which the ANO infiltrators were killed. This unsuccessful border infiltration attempt may have been a prelude to a terrorist attack within Israel.

November

-- ANO is suspected of involvement in the abduction of Swiss Red Cross worker Peter Winkler near a Palestinian refugee camp in Lebanon. Winkler was held hostage for a month before being released.

August

-- Although later discounted by Israeli authorities, ANO publicly claimed credit for a grenade attack outside a cafe in Haifa, Israel, in which 25 were injured, including a young boy whose legs were severed.

July

--
shi
and

-- Three ANO operatives were arrested in Lima, possibly involved in plotting terrorist operations against U.S., Israeli, PLO and other targets.

May

-- ANO terrorists attacked the Acropole Hotel and the British Sudan Club in Khartoum, killing eight and wounding 21. (The five terrorists were sentenced to death by a Sudanese court in October.)

-12-

|              | -- One suspected ANO terrorist died, and another survived in a car bomb explosion which prematurely detonated near the Israeli Embassy in Nicosia, Cyprus. |
|--------------|---|
| April        | -- Black September, a name used by ANO when targeting Jordanian interests, claimed credit for a bomb attack on the main vehicle registration building in Amman.  No deaths. |
|              | -- Black September claimed credit for a car bomb explosion in an underground parking facility of Amman's Municipal Building.  No deaths. |
| March        | -- An ANO gunman attacked an Alitalia Airlines crew at India's Bombay airport, wounding the captain before the gunman's machinegun jammed; two grenades thrown also failed to explode.  The attack, claimed under the covername "Arab Fedayeen Cells", was intended for a Pan American flight crew |

1987

| November     | -- ANO operatives hijacked the private vessel "Silco" which was cruising in the Mediterranean.  Taken hostage were five Belgians and three French (a pregnant woman and her two daughters ages five and six).  In December 1988, the ANO released the two young French girls through Libya, but continues to hold the remaining hostages, including another child borne to the same mother in captivity. |
|--------------|---|

1986

| September    | -- Two ANO terrorists launched a grenade and machinegun attack on the Neve Shalom synagogue in Istanbul, Turkey, killing 22 and wounding six. |
|--------------|---|

-13-

— Four ANO gunmen armed with automatic weapons, handguns and grenades stormed a Pan Am 747 in Karachi, Pakistan. By time the incident was over, 21 were killed and over 100 were injured. (The gunmen plus a fifth ANO member with strong Libyan ties who provided the logistic support for the operation were convicted in July 1988 and sentenced to death.)

<u>1985</u>

December

— Four ANO terrorists attacked Rome airport's El Al ticket counter with grenades and AK-47's, killing 12 and wounding 72.

— (Same day) Three ANO gunmen attacked Vienna airport's El Al counter with grenades and AK-47's, killing two and wounding 39.

November

— Three ANO terrorists seized an Egyptair flight en route from Athens to Cairo and forced it to land in Malta. When their demands were refused, the terrorists began to shoot selected passengers. At the end of the incident which followed the storming of the airplane by Egyptian commandos, nearly 80 were dead or wounded.

September

— The ANO exploded a bomb at a British Airways office in Rome which killed one and injured 14.

— Grenades thrown by ANO terrorists wounded 38 tourists at the Cafe de Paris in Rome.

— In another ANO grenade attack, 19 British tourists were wounded at the Glyfada Hotel swimming pool in Athens

-14-

August                          -- The ANO detonated a bomb in the
                                kitchen of the London Hotel in Athens
                                13 tourists wounded.

July                            -- The ANO assassinated the First
                                Secretary of the Jordanian Embassy in
                                Ankara.

                                -- The ANO exploded two powerful bombs
                                within minutes of each other in crowded
                                outdoor cafes in Kuwait, killing eight
                                and injuring 89.

                                -- An ANO bomb explosion at the British
                                Airways ticket office in Madrid was
                                followed by an automatic weapons attack
                                on the nearby Royal Jordanian Airlines
                                ticket office; one killed, 27 wounded.

June                            -- German authorities believe the ANO
                                was responsible for the Frankfurt
                                airport bombing in which three --
                                including two children -- were killed
                                and 74 were injured.

March                           -- An ANO terrorist threw a grenade
                                into the Royal Jordanian Airlines
                                office in Athens, injuring three.

1984

December                        -- A leading Fatah official was kill
                                by an ANO assassin in Rome.

                                -- The ANO assassinated the Deputy
                                Chief of Mission of the Jordanian
                                Embassy in Bucharest.

November                        -- An ANO assassin killed the British
                                Deputy High Commissioner in Bombay,
                                India.

October                         -- ANO terrorists wounded the United
                                Arab Emirates Vice Consul in Rome. A
                                student was killed in the assassination
                                attempt.

-15-

March
-- The ANO assassinated the British Embassy First Secretary in Athens.

February
-- The United Arab Emirates Ambassa to France was assassinated by the A in Paris.

1983

December 1983
-- One Jordanian Embassy employee killed, another wounded in an ANO attack in Madrid.

-- An ANO car bomb exploded near the PLO office in Ankara, killing one, wounding another.

October
-- Jordan's Ambassadors in New Delhi and Rome were wounded in ANO assassination attempts.

September
-- The ANO was suspected in the crash of a United Arab Emigrates' Gulf Air flight from Karachi to Abu Dhabi, in which all 111 passengers and crew were killed.

August
-- The ANO assassinated an aide to a high-ranking Fatah official in Greece.

April
-- The ANO assassinated a prominent PLO moderate in Lisbon.

1982

October
--
on
and

September
--
Fir
dri

August          -- Two ANO gunmen killed six and
                wounded 27 in a grenade and automatic
                weapons attack on a Jewish-owned
                restaurant in France.

July            -- The ANO assassinated the deputy
                director of the PLO office in Paris

                -- The ANO murdered the president of
                the Palestinian Student Union in Ankara

June            -- The ANO assassinated the PLO deputy
                director in Rome.

                -- The ANO assassinated the First
                Secretary of the Kuwaiti Embassy in New
                Delhi.

                -- ANO gunmen seriously wounded the
                Israeli Ambassador in an assassination
                attempt in London, which precipitated
                the Israeli invasion of Lebanon.

October         --
                off

August          --
                in
                gre

June            --
                rep

May             --
                Aus
                Vie

July            -- The ANO attacked the Agudat Israel
                synagogue in Antwerp, killing one and
                wounding 20.

April                   -- The ANO attempted to assassinate PLO
                        official Salah Khalaf in Belgrade,
                        wounding one bodyguard.

March                   -- The ANO killed a prominent attorney
                        by mistake in an assassination attempt
                        directed at the leader of the Jewish
                        community in Spain.

January                 -- The ANO murdered the manager of an
                        Arab book store in Paris.


August                  -- Four ANO gunmen attacked the PLO
                        office in Islamabad, killing four.

                        -- Two ANO gunmen attacked the PLO
                        office in Paris, killing the PLO
                        representative to France.

June                    -- The ANO killed a PLO official in
                        Kuwait.

February                -- Two ANO terrorists attacked the
                        Afro-Asian People's Solidarity
                        Organization meeting in Nicosia,
                        killing its secretary general who was a
                        confidant of Egyptian President Anwar
                        Sadat.  Following an attempt to depart
                        the country with hostages, 15 were
                        killed and 16 wounded when the Egyptian
                        counter-terrorism force assaulted the
                        aircraft.

January                 --
                        ret


October                 -- The ANO attempted to assassinate the
                        Syrian Foreign Minister while in Abu
                        Dhabi, which resulted in the death of
                        the United Arab Emirates' Minister of
                        State.

-18-

1976

December

-- The ANO seriously wounded the Syrian
Foreign Minister in an assassination
attempt in Damacus.

November

-- Four ANO terrorists attacked the
Intercontinental Hotel in Jordan with
handguns and grenades, killing two and
taking others hostage.  At the end of
the incident which followed a
counterattack by Jordanian troops, six
were dead -- including three
terrorists -- and five -- including one
terrorist -- wounded.

September

-- Four ANO terrorists armed with
machineguns and grenades took over the
Semiramis Hotel in Damacus, seizing 90
hostages.  At the conclusion of the
incident which followed the storming of
the hotel by Syrian troops, five were
killed -- including one terrorist --
and 34 were wounded.  Three terrorists
were captured.

1974

November

-- Four ANO terrorists hijacked a
British Airway plane en route from
Dubai to Tunis, wounding two passengers
and seizing 46 hostages.  Another
passenger was killed on the ground in
Tunis before the hostages were released

END