IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, EACH SEVERALLY SUBSCRIBING TO INSURANCE POLICIES EACH FOR HIS OWN PART AND NOT ONE FOR THE OTHER NUMBERED AE2141B AND VS5057L, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA a/k/a LIBYA, *et al.* <br><br> Defendants. | Case No. 1:06-cv-00731-GK |

## NOTICE OF APPEARANCE

The Clerk of the Court will kindly enter the appearance of Thomas J. Whalen, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi and Ibrahim Al-Bishari in the above-captioned matter.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By:  *Thomas J. Whalen*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization, Libyan Internal Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi and Ibrahim Al-Bishari

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **Notice of Appearance** was electronically filed and served, this 17th day of April, 2007, to:

Richard D. Heideman
Tracy Reichman Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036

Steven Perles
Perles Law Firm, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036

                *Thomas J. Whalen*
                Thomas J. Whalen