IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al </br></br> Plaintiffs, </br></br> v. </br></br> GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06-cv-00731-GK |

## ORDER

Upon consideration of Defendants' Motion for Separate Oral Argument, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of April 2007,

ORDERED, that defendants' Motion is GRANTED and that argument in the above captioned matter shall be held on May 10, 2007 at 10:00 a.m. immediately prior to oral argument in the matter of *Estate of John Buonocore III, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.,* Civil Action No. 06-00727 (GK).

                                                  _____
                                                  Judge Gladys Kessler
                                                  U.S. District Court for the District of Columbia