UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>Great Socialist People's Libyan Arab Jamahiriya, *et al.*,<br><br>                  Defendants. | Civil Action No. 06-00731 (GK) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
SEPARATE ORAL ARGUMENT**

COME NOW the Plaintiffs, and hereby file their response to the Defendants' Motion for Separate Oral Argument. Plaintiffs do not oppose Defendants request that the oral argument scheduled for May 10, 2007 on the pending Motions to Dismiss in both the above referenced matter and in the matter of *Estate of John Buoncore, III et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*, CA 06-00727 (GK) (hereinafter "*Buonocore* matter") be separated, but file this Response to request that in scheduling the arguments, Plaintiffs' request that the Court hear the arguments in the *Buonocore* matter first for the reasons set forth below:

1. As the Court is aware, most of the issues that were raised by the Defendants in their Motions to Dismiss in both the *Buonocore* matter and this matter are similar. However, the defendants have argued that there are some unique

issues that arise because the instant matter arises out of a property claim, rather than a personal injury claim.

2. Because the other issues are the same, it seems appropriate to the Plaintiff's that the Court <u>first</u> would address the common issues, issues that are presented in the *Buonocore* matter, so that the Court may initially hear the common arguments and therefore avoid any duplicative arguments that would otherwise occur if the Court were to hear this matter first.

3. Accordingly, mindful of the Court's desire to hear these matters as expeditiously as possible, and in the interests of judicial economy, Plaintiffs propose to the Court that the *Buonocore* matter be heard first and that once the common issues are addressed by the Court, the Court can then move on to hearing this mater addressing only the issues that are unique to the property claim in this matter.

4. Moreover, as the *Buonocore* matter was filed first and carries a lower civil action number, it should be given priority when the Court hears oral arguments in these matters.

Dated: April 30, 2007                    Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax:     202-463-2999

By:____*/s/ Richard D. Heideman*_____
         */s/ Tracy Reichman Kalik*_____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

          Steven R. Perles (No. 326975)
          Edward MacAllister (No. 494558)
          PERLES LAW FIRM, PC
          1146 19th Street, NW, 5th Floor
          Washington, DC 20036
          Telephone: 202-955-9055
          Telefax: 202-955-3806

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 30th day of April, 2007, I caused the above Response to Defendants' Motion For Separate Oral Argument to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

           ___*Tracy Reichman Kalik, Esq.*___