# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00731 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter having come before the Court on Defendants' Motion for Separate Oral Argument, and the Plaintiffs having filed a response thereto,

IT IS HEREBY ORDERED that the Defendants Motion is hereby GRANTED,

IT IS FURTHER ORDERED that the Court will here Oral Argument on May 10, 2007 at 10:00 a.m. in the matter of *Estate of John Buoncore, III et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*, CA 06-00727 (GK) (hereinafter "*Buonocore* matter"). Each party shall have twenty (20) minutes to present arguments before the Court.

IT IS FURTHER ORDERED that immediately following the Oral Argument in the *Buonocore* matter, the Court shall hear Oral Argument in the instant matter. Each party shall have ten (10) minutes to present arguments before the Court which are not duplicative of the arguments heard by the Court in the *Buonocore* matter.

IT IS SO ORDERED on this the _____ day of May, 2007.

_____
Hon. Gladys Kessler
United States District Court