**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al )<br>)<br>   Plaintiffs, )<br>)<br>  v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al )<br>)<br>   Defendants. )<br>_____) | Case No. 1:06-cv-00731-GK |
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>   Plaintiffs, )<br>)<br>  v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. )<br>)<br>   Defendants. ) | Case No. 1:06-cv-00727-GK |

**CONSENT MOTION FOR CONTINUANCE**

  Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel and with the consent of plaintiffs' counsel, hereby move pursuant to Fed. R Civ. P. Rule 16 and Local Civil Rule 16.1 for a continuance of the hearing for oral argument on defendants' Motions to Dismiss in the above captioned matters currently set for May 17, 2007 at 10:00 a.m. The current date is inconvenient for counsel for defendants. In support of this Motion for Continuance, defendants state as follows:

2

1.	On May 1, 2007, and in response to defendants' Motion for Separate Oral Argument in the above-captioned cases, the Court ordered, *inter alia*, that separate oral argument be held on defendants' Motion to Dismiss in each case and that the oral argument set for May 10, 2007 at 10:00 a.m. be postponed until May 17, 2007 at 10:00 a.m.  The Court further ordered that if May 17, 2007 is inconvenient for counsel, a Motion for Continuance may be filed with dates and times that are convenient for all parties.

2.	The May 17, 2007 date is inconvenient for counsel for defendants.

3.	Defendants respectfully request that the hearing for oral argument on defendants' Motions to Dismiss be continued until May 30, 2007 at 10:00 a.m.  In the alternative, all parties are also available on May 31, 2007 at 10:00 a.m.

4.	Undersigned counsel certifies that in accordance with Local Civil Rule 7(m), he has consulted with plaintiffs' counsel regarding this request for a continuance and that plaintiffs consent to the relief requested herein.

WHEREFORE, defendants respectfully request that the Court enter an Order continuing the hearing for oral argument on defendants' Motions to Dismiss in the above-captioned cases until May 30, 2007 at 10:00 a.m., or in the alternative, until May 31, 2007 at 10:00 a.m.

      Respectfully Submitted,

      **ECKERT SEAMANS CHERIN**
       **& MELLOTT, LLC**

By:   *Mark A. Johnston*
      Thomas J. Whalen, Esq. (Bar No. 208512)
      Mark A. Johnston, Esq. (Bar No. 455764)
      1747 Pennsylvania Ave., N.W.,
      Twelfth Floor
      Washington, D.C. 20006
      (202) 659-6600

      Wendy West Feinstein, Esq. (Pa ID No. 86698)
      *Admitted Pro Hac Vice*
      600 Grant Street
      44th Floor
      Pittsburgh, PA  15219
      (412) 566-6000

      Counsel for Defendants, Great Socialist People's
       Libyan Arab Jamahiriya, Libyan Internal
       Security, Libyan External Security, Mu'Ammar
       Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim
       Al-Bishari

3

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing **Motion for Continuance** was electronically filed and served, this 4th day of May, 2007, to:

    Richard D. Heideman
    Tracy Reichman Kalik
    Heideman Nudelman & Kalik, P.C.
    1146 19th Street, NW
    5th Floor
    Washington, DC 20036

    Steven R. Perles
    Perles Law Firm, P.C.
    1146 19th Street, NW
    5th Floor
    Washington, DC 20036

        *Mark A. Johnston*
        Mark A. Johnston