**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al )<br>)<br>Defendants. ) | Case No. 1:06-cv-00731-GK |
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00727-GK |

## ORDER

Upon consideration of defendants' Consent Motion for Continuance, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of May 2007,

ORDERED, that defendants' Motion is GRANTED and that argument in the above captioned matters shall be held on May _____, 2007 at 10:00 a.m.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia