UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――――――)
                                                    )
CERTAIN UNDERWRITERS AT          )
LLOYDS LONDON, et al.,                )
                                                    )
            Plaintiffs,                          )
                                                    )
     v.                                            )   Civil Action No. 06-731 (GK)
                                                    )
GREAT SOCIALIST PEOPLE'S       )
LIBYAN ARAB JAMAHIRIYA,       )
et al.,                                             )
                                                    )
            Defendants.                        )
―――――――――――――――――――――――――――)

# ORDER

Plaintiffs, the insurers of an aircraft that was destroyed by an act of terrorism, bring property damage claims against the governments of Libya and Syria, and agencies and officials of those governments. This matter is before the Court on a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) by Defendants Libya, Libyan Internal Security, Libyan External Security, Mu'ammar al-Qadhafi, Abdallah al-Sanusi, and Ibrahim al-Bishari. Upon consideration of the Motion, Opposition, Reply, the parties' arguments at the motions hearing held before the Court on June 12, 2007, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [**Dkt. No. 32**] for lack of subject matter jurisdiction is **granted.**

This is a final appealable Order.  See Fed. R. App. P. 4(a).

July 9, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**