**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Certain Underwriters at Lloyds London, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00731 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF APPEAL

Notice is hereby given that all of the Plaintiffs in the above captioned case hereby

appeal to the United States Court of Appeals for the District of Columbia from the  final

and appealable Order of the District Court entered in this action on July 9, 2007 granting

Defendants' Motion to Dismiss.


Dated: August 3, 2007          Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  202.463.1818
Telefax:  202.463.2999
Email: trkalik@hnklaw.com

By:  */s/ Noel J. Nudelman*_____
     Richard D. Heideman (No. 377462)
     Noel J. Nudelman (No. 449969)
     Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile:     202-955-3806