UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                  )
**CERTAIN UNDERWRITERS AT**       )
**LLOYDS LONDON, et al.,**        )
                                  )
      **Plaintiffs,**       )
                                  )
  **v.**                         )   **Civil Action No. 06-731 (GK)**
                                  )
**GREAT SOCIALIST PEOPLE'S**      )
**LIBYAN ARAB JAMAHIRIYA,**       )
**et al.,**                       )
                                  )
      **Defendants.**       )
_____)


## ORDER

    Upon consideration of the December 14, 2007 order of the Court of Appeals dismissing the appeal in this case for lack of jurisdiction, it is hereby

    **ORDERED** that the parties shall submit praecipes by **February 15, 2008** concerning how the parties wish to proceed in light of the order of the Court of Appeals.


January 8, 2008                      /s/
                                            Gladys Kessler
                                            United States District Judge


**Copies to: Attorneys of record via ECF**