**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, et al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-00731-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al | ) ) ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' PRAECIPE</u>**

Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari (the "Libyan Defendants"), pursuant to the Court's January 8, 2008 Order requesting statements concerning how the parties wish to proceed in light of the dismissal of the appeal herein by the U.S. Court of Appeals for the D.C. Circuit, hereby submit the following Praecipe and state as follows:

1.      This Court granted the Libyan Defendants' Motion to Dismiss in an Order and Memorandum Opinion entered on July 9, 2007.

2.      Plaintiffs filed a Notice of Appeal on August 3, 2008.

3.      The U.S. Court of Appeals dismissed plaintiffs appeal for lack of subject matter jurisdiction on January 4, 2008.

4.      On January 8, 2008, this Court issued an Order requesting that the parties file statements concerning how the parties wish to proceed in light of the dismissal of the appeal.

5.      On February 12, 2008, plaintiffs filed their Praecipe Regarding Status of Further Proceedings before this Court.  In their filing, plaintiffs indicated that they intend to file a motion to reconsider pursuant to Rule 54(b) of the Federal Rules of Civil Procedure with respect to the Court's July 9, 2007 Order and Memorandum Opinion based upon new legislation subsequently enacted by Congress.[1]  In addition, plaintiffs have requested that the Court issue a briefing schedule in connection with their motion to reconsider.  Plaintiffs propose that the Court enter an Order whereby plaintiffs' motion to reconsider would be due by February 22, 2008; defendants' opposition would be due by March 5, 2008; and plaintiffs' reply would be due by March 12, 2008.

6.      Should the plaintiffs so move, defendants intend to respond to any arguments raised in plaintiffs' motion to reconsider by filing an opposition.  However, given the complex issues concerning the retroactive application of the revised legislation (which was introduced in Congress shortly after the Court's decision in this case), as well as the significant changes from the former 28 U. S. C. § 1605(a)(7) to the new 28 U. S. C. § 1605A, both procedurally and substantively, defendants request approximately thirty (30) days until March 24, 2008 to file their opposition to plaintiffs' motion to reconsider.

7.      In their Praecipe, plaintiffs also state that they intend to file a motion for leave to amend the Complaint and request that the Court enter an Order whereby plaintiffs' motion would be due by February 22, 2008; defendants' consent or opposition would be due within 11 days of plaintiffs' filing; and plaintiffs' reply would be due five days thereafter.

8.      Defendants request approximately thirty (30) days until March 24, 2008 to file a response to plaintiffs' motion for leave to amend the Complaint.  As discussed above, defendants will require adequate time to review the revised legislation and analyze whether the retroactive

---

[1]  *See* Pub. Law No. 110-181, § 1083, Terrorism Exception to Immunity (Exhibit A to Plaintiffs' Praecipe).

application of the revised statute is proper with respect to the case before this Court in its current posture.

WHEREFORE, Defendants request that the Court enter the attached Proposed Order.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

By: _____*Mark A. Johnston*_____
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Wendy West Feinstein, Esq. (Pa ID No. 86698)
*Admitted Pro Hac Vice*
600 Grant Street
44th Floor
Pittsburgh, PA  15219
(412) 566-6000

Counsel for Defendants, Great Socialist People's
 Libyan Arab Jamahiriya, Libyan Internal
 Security, Libyan External Security, Mu'Ammar
 Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim
 Al-Bishari

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Praecipe** was electronically filed and served, this 15th day of February, 2008, to:

Richard D. Heideman
Noel J. Nudelman
Tracy Reichman Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036

Steven R. Perles
PERLES LAW FIRM, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036

_____*Mark A. Johnston*_____
Mark A. Johnston