# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | Civil Action No. 06-00731 (GK) |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion for Reconsideration of the Court's July 9, 2007 Order, and the Court having been sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED**.  The Court hereby finds that upon reconsideration of its Order of July 9, 2007, an interlocutory decision, that dismissed Plaintiffs' claims for want of subject matter jurisdiction is **VACATED** on the basis of a controlling or significant change in the law, to wit, the enactment of the National Defense Authorization Act for Fiscal Year 2008.  Pub. L. No. 110-181, § 1083, 122 Stat. 3, 338-344 (2008).

**IT IS SO ORDERED** on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Court