UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-00731 (GK) |

## **ORDER**

This matter having come before the Court on the Plaintiffs' Motion for Leave to File a Second Amended Complaint, and the Court having been sufficiently advised,

**IT IS HEREBY ADJUDGED AND ORDERED** on this the _____ day of _____2008, that

(1) Plaintiffs' Motion for Leave to File a Second Amended Complaint pursuant Pub. Law No. 110-181, Sec. 1083(c)(3) is **GRANTED**;

(2) The Amended Complaint is deemed by the Court, and pursuant Pub. Law No. 110-181, Sec. 1083(c) to be a re-filing of Plaintiffs' claims pursuant 28 U.S.C.§ 1605A(d);

Upon the filing of this Order, the Clerk of Court shall file said Second Amended Complaint attached to Plaintiffs' Motion for Leave as Exhibit B, to which the Defendants shall answer or otherwise plead in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED BY THE COURT on this the _____ day of _____,

2008.

_____
Hon. Gladys Kessler.
United States District Court.