UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CERTAIN UNDERWRITERS AT        )
LLOYDS LONDON, et al.,         )
                               )
          Plaintiffs,          )
                               )
    v.                         )    Civil Action No. 06-731 (GK)
                               )
GREAT SOCIALIST PEOPLE'S       )
LIBYAN ARAB JAMAHIRIYA,        )
et al.,                        )
                               )
          Defendants.          )
_____)
```

### ORDER

It is hereby **ORDERED** that a status conference shall be held on **April 24, 2008, at 10:15 a.m.** Five days prior to the status conference, the parties shall submit a joint praecipe concerning the following issues:

1)  Whether the newly filed action in <u>Certain Underwriters at Lloyds London v. Great Socialist People's Libyan Arab Jamahiriya</u>, Case No. 08-cv-504, should be consolidated with the instant case, Case No. 06-cv-731;

2)  What if any procedural problems are created with the filing of the new complaint in No. 08-cv-504; and

3)   The present status of these two cases, including what needs to be done to move forward to trial and/or the filing of dispositive motions.

March 31, 2008                    /s/_____
                                  Gladys Kessler
                                  United States District Judge

**Copies to: Attorneys of record via ECF**