# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-7117**     **September Term, 2007**

06cv00731

Filed On:

Certain Underwriters at Lloyd's of London, each severally subscribing to insurance policies each for his own part and not one for the other numbered AE2141B and VS5057L, et al.,
    Appellants

v.

Great Socialist People's Libyan Arab Jamahiriya, et al., *a/k/a* Libya,
    Appellees





**BEFORE:**   Rogers, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss and the opposition thereto, it is

**ORDERED** that the motion to dismiss be granted. The district court has neither disposed of plaintiffs' claims against the Syrian defendants – against whom only defaults, and not default judgments, have been entered – nor certified its order for immediate appeal under Fed. R. Civ. P. 54(b). We therefore lack jurisdiction over this appeal.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk