IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, EACH SEVERALLY SUBSCRIBING TO INSURANCE POLICIES EACH FOR HIS OWN PART AND NOT ONE FOR THE OTHER NUMBERED AE2141B AND VS5057L, *et al.* | ) ) ) Case No. 1:06-cv-00731-GK ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA a/k/a LIBYA, *et al.* | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Expedited Motion for Extension of Time, any opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of April 2008,

ORDERED, that defendants' Motion is GRANTED and that defendants time to answer, move or otherwise respond to the Amended Complaint is hereby extended until a date ordered by the Court at the April 24, 2008 Status Conference.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia