UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certain Underwriters at Lloyds London, *et al.*,

    Plaintiffs,

v.

Great Socialist People's Libyan Arab Jamahiriya, *et al.*,

    Defendants.

Civil Action No. 06-00731 (GK)

## ORDER

Upon the Expedited Motion of Defendants for an Extension of Time to File and Plaintiffs' Opposition thereto, the Court this _____ day of _____, 2008, it is hereby **ORDERED,** that the Motion is denied.

_____
**UNITED STATES DISTRICT JUDGE**