UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
CERTAIN UNDERWRITERS AT       )
LLOYDS LONDON, et al.,        )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 06-731 (GK)
                              )
GREAT SOCIALIST PEOPLE'S      )
LIBYAN ARAB JAMAHIRIYA,       )
et al.,                       )
                              )
        Defendants.           )
_____)
```

## ORDER

Upon consideration of Plaintiffs' filing of a Second Amended Complaint [Dkt. No. 60], it is hereby

**ORDERED** that Plaintiffs' Motion for Reconsideration [**Dkt. No. 51**] of the Court's July 9, 2007 Order dismissing the First Amended Complaint is **denied without prejudice.** Any arguments raised by the parties in their briefing of the Motion for Reconsideration, which remain applicable to the Second Amended Complaint, may be raised in the briefing of any future dispositive motions.

April 14, 2008                    /s/_____
                                  Gladys Kessler
                                  United States District Judge

**Copies to: Attorneys of record via ECF**