## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 06-00731 (GK) |

### NOTICE PURSUANT TO 28 U.S.C. § 1605A(g) OF
### PENDING ACTION AND OF LIEN OF LIS PENDENS

Notice is herewith given pursuant to 28 U.S.C. § 1605A(g) on behalf of Plaintiffs Certain Underwriters at Lloyds London each severally subscribing to insurance policies each for his own part and not one for the other numbered AE2141B and VS5057L; Allianz Cornhill Insurance, PLC, f/k/a Cornhill Insurance, PLC, c/o Pro Insurance Solutions, Ltd.; Aviation and General Insurance Company, Ltd., c/o Ruxley Ventures Ltd.; English & American Insurance Company, Ltd., c/o Pro Insurance Solutions, Ltd.; Markel Insurance Company, Ltd., f/k/a Terra Nova Insurance Company, Ltd.; Minster Insurance Company Ltd.; MMO/New York Marine and General; Nippon Insurance Company of Europe Ltd., c/o Pro Insurance Solutions, Ltd.; Riverstone Insurance (UK) Ltd., as successor in interest to Sphere Drake Insurance Ltd.; Sovereign Marine & General Insurance Company Ltd., c/o Pro Insurance Solutions, Ltd.; SR International Business Insurance Company Ltd., f/k/a Switzerland Insurance Company (UK) Ltd., c/o Pro Insurance Solutions, Ltd.;  Tower Insurance Ltd., c/o Pro Insurance Solutions, Ltd.;

and La Reunion Aerienne, of the assertion of a lien of *lis pendens* as to all real property or tangible personal property, subject to attachment in aid of execution or execution, under 28 U.S.C. § 1610, which is located in the United States Judicial District in which this Notice is filed and is titled in the name or names of any of the Defendants; to wit, The Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'ammar al-Qadhafi, Major Abdallah al-Sanusi, Ibrahim al-Bishari, Syrian Arab Republic, Syrian Air Force Intelligence, General Muhammed Al Khuli, or titled in the name of any entity controlled by any Defendant above described.

Attached please find a copy of the First Amended Complaint pending in Certain Underwriters at Lloyds London, *et al.*, v. Great Socialist People's Libyan Arab Jamahiriya, *et al.,* United States District Court for The District Of Columbia, Civil Action No. 06-00731 (GK).

April 24, 2008                                  Respectfully Submitted,

                                                HEIDEMAN NUDELMAN
                                                & KALIK, P.C.
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone:  202-463-1818
                                                Telefax:      202-463-2999

                                                By: */s/ Richard D. Heideman*_____
                                                     */s/ Tracy Reichman Kalik*_____
                                                    Richard D. Heideman (No. 377462)
                                                    Noel J. Nudelman (No. 449969)
                                                    Tracy Reichman Kalik (No. 462055)

                                                Steven R. Perles (No. 326975)
                                                Edward MacAllister   (No. 494558)
                                                THE PERLES LAW FIRM, PC
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone: 202-955-9055
                                                Telefax:      202-955-3806

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 24th day of April, 2008, a copy of the foregoing was electronically sent through the United States District Court's ECF filing system, to:

>Thomas J. Whalen
>Eckert Seamans Cherin & Mellot, LLC
>1747 Pennsylvania Avenue, NW
>12th Floor
>Washington, DC 20006

>/s/*Tracy Reichman Kalik*____
>Tracy Reichman Kalik