REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1602 Foreign Sovereign Immunities Act | | | |
|---|---|---|---|---|
| CASE NO: <br> CA 06-731 | DATE REFERRED: <br> April 25, 2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> Settlement | JUDGE: <br> Gladys Kessler | MAG. JUDGE <br> Alan Kay |
| PLAINTIFF(S): <br> Certain Underwriters at Lloyds London et al | | DEFENDANT(S): <br> Great Socialist People's Libyan Arab Jamahiriya et al | | |
| ENTRIES: | | | | |