**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT ) <br> LLOYDS LONDON, EACH SEVERALLY ) <br> SUBSCRIBING TO INSURANCE ) <br> POLICIES EACH FOR HIS OWN PART ) <br> AND NOT ONE FOR THE OTHER ) <br> NUMBERED AE2141B AND VS5057L, ) <br> et al. ) <br> ) <br>       Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, a/k/a LIBYA, et al. ) <br> ) <br>       Defendants. ) | Case No. 1:06-cv-00731-GK |
| CERTAIN UNDERWRITERS AT ) <br> LLOYDS LONDON, EACH SEVERALLY ) <br> SUBSCRIBING TO INSURANCE ) <br> POLICIES EACH FOR HIS OWN PART ) <br> AND NOT ONE FOR THE OTHER ) <br> NUMBERED AE2141B AND VS5057L, ) <br> et al. ) <br> ) <br>       Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, a/k/a LIBYA, et al. ) <br> ) <br>       Defendants. ) | Case No. 1:08-cv-00504-GK |

## **ORDER**

Upon consideration of the parties' Joint Motion for an Amended Briefing Schedule and the entire record herein, it is hereby

**ORDERED** that Defendants in *Lloyds II*, Case No. 08-504, will accept service of process subject to the conditions set forth in the parties' Joint Praecipe [Dkt. No. 71] filed in *Lloyds I*, Case No. 06-731; it is further

**ORDERED** that Defendants shall file a Motion to Dismiss in *Lloyds II* directed only to the question of whether *Lloyds II* is duplicative of *Lloyds I* by **July 25, 2008**. Any other substantive arguments are reserved for future briefing of dispositive motions; it is further

**ORDERED** that the opposition to the Motion to Dismiss shall be filed by **August 26, 2008** and the reply shall be filed by **September 10, 2008**; it is further

**ORDERED** that Plaintiffs shall file a Motion to Consolidate *Lloyds I* and *Lloyds II* by **July 25, 2008**. The Court notes that Defendants will consent to consolidation if the Court denies Defendants' Motion to Dismiss in *Lloyds II*; it is further

**ORDERED** that the briefing schedule in *Lloyds I* concerning the Motion to Dismiss the Second Amended Complaint [Dkt No. 68] is hereby suspended.

SO **ORDERED** this \_\_\_\_ day of July, 2008.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia