UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON, EACH SEVERALLY SUBSCRIBING TO INSURANCE POLICIES EACH FOR HIS OWN PART AND NOT ONE FOR THE OTHER NUMBERED AE2141B AND VS5057L,** *et al.*, | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 06-731 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, a/k/a LIBYA,** *et al.*, | : | |
| **Defendants.** | : | |
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON, EACH SEVERALLY SUBSCRIBING TO INSURANCE POLICIES EACH FOR HIS OWN PART AND NOT ONE FOR THE OTHER NUMBERED AE2141B AND VS5057L,** *et al.*, | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 08-504 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, a/k/a LIBYA,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion for an Amended Briefing Schedule and the entire record herein, it is this 15th day of July, 2008, hereby

**ORDERED**, that Defendants in Lloyds II, Case No. 08-504, will accept service of process subject to the conditions set forth in the parties' Joint Praecipe [Dkt. #71] filed in Lloyds I, Case No. 06-731; and it is further

**ORDERED**, that Defendants shall file a Motion to Dismiss in Lloyds II directed only to the question of whether Lloyds II is duplicative of Lloyds I by **July 25, 2008**. Any other substantive arguments are reserved for future briefing of dispositive motions; and it is further

**ORDERED**, that the Opposition to the Motion to Dismiss shall be filed by **August 26, 2008**, and the Reply shall be filed by **September 10, 2008**; and it is further

**ORDERED**, that Plaintiffs shall file a Motion to Consolidate Lloyds I and Lloyds II by **July 25, 2008**. The Court notes that Defendants will consent to consolidation if the Court denies Defendants' Motion to Dismiss in Lloyds II; and it is further

**ORDERED**, that the briefing schedule in Lloyds I concerning the Motion to Dismiss the Second Amended Complaint [Dkt. #68] is hereby suspended.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**