**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT ) <br> LLOYDS LONDON, EACH SEVERALLY ) <br> SUBSCRIBING TO INSURANCE ) <br> POLICIES EACH FOR HIS OWN PART ) <br> AND NOT ONE FOR THE OTHER ) <br> NUMBERED AE2141B AND VS5057L, ) <br> et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, a/k/a LIBYA, et al. ) <br> ) <br> Defendants. ) | Case No. 1:06-cv-00731-GK |
| CERTAIN UNDERWRITERS AT ) <br> LLOYDS LONDON, EACH SEVERALLY ) <br> SUBSCRIBING TO INSURANCE ) <br> POLICIES EACH FOR HIS OWN PART ) <br> AND NOT ONE FOR THE OTHER ) <br> NUMBERED AE2141B AND VS5057L, ) <br> et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, a/k/a LIBYA, et al. ) <br> ) <br> Defendants. ) | Case No. 1:08-cv-00504-GK |

**ORDER**

Having reviewed and considered Defendants, Great Socialist People's Libyan Arab

Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi,

Abdallah Al-Sanusi, and Ibrahim Al-Bishari's Motion to Dismiss Duplicative Complaint, and the papers filed in support thereof, Plaintiffs' papers filed in opposition thereto, and the entire record herein, it is hereby

ORDERED, that Defendants' Motion to Dismiss is GRANTED, and the Plaintiffs shall elect, no later than 15 days after the date of this Order, which of the *Lloyds I* or *Lloyds II* actions shall proceed. Following Plaintiffs' election, the Court shall dismiss with prejudice the action that Plaintiffs have elected for dismissal.

SO ORDERED this ____ day of _____, 2008

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia