## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Great Socialist People's Libyan Arab Jamahiriya, *et al.*, <br><br> Defendants. | Civil Action No. 06-00731 (GK) |
| Certain Underwriters at Lloyds London, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Socialist People's Libyan Arab Jamahiriya, et al. <br><br> Defendants. | Civil Action No. 08-cv-504 (GK) |

## **ORDER**

This matter having come before the Court on Libyan Defendants' Motion to Dismiss Duplicative Complaint (Dkt. #74 and Dkt. #18,) and the Court having been sufficiently advised,

IT IS HEREBY ORDERED and ADJUDGED that Defendants motions are hereby DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Consolidate the *Lloyds II* action with the *Lloyds I* action (Dkt. #17) is hereby GRANTED and these matters are hereby consolidated for all further proceedings.

IT IS SO ORDERED on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Court