**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S ) LIBYAN ARAB JAMAHIRIYA, *et al.*, ) ) Defendants. ) ) | Case No. 1:06-cv-00731-GK |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S ) LIBYAN ARAB JAMAHIRIYA, *et al.*, ) ) Defendants. ) ) | Case No. 1:08-cv-00504-GK |

**JOINT MOTION TO STAY ALL PROCEEDINGS AS TO THE LIBYAN DEFENDANTS**

Come now the Plaintiffs, and both the Libyan State Defendants and the Libyan Individual Defendants (collectively "Libyan Defendants"), by counsel, and respectfully submit this joint motion to stay all proceedings for sixty days in light of (i) the recent enactment of Libyan Claims Resolution Act, Pub. L. No. 110-301 (July 31, 2008) (the "Act") (Exhibit A) and (ii) the subsequent execution by the United States and Libya of the international agreement described in the Act.

As set forth in the Libyan State Defendants' Notice of Supplemental Authority filed on August 12, 2008 in *Lloyds I* (06-cv-00731-GK) (D.E. 75) and *Lloyds II* (08-cv-00504-GK) (D.E. 19), Congress passed the Act, on July 31, 2008.  President Bush signed the Act into law on August 4, 2008.  *See* Press Release, White House Office of the Press Secretary, President Bush Signs S. 3370 Into Law (Aug. 4, 2008) (Exhibit B).  The Libyan Claims Resolution Act contemplates a "comprehensive settlement . . . pursuant to an international agreement between the United States and Libya as a part of the process of restoring normal relations between Libya and the United States."  Act at § 3.  On August 14, 2008, the United States and Libya executed the international agreement described in the Act.  *See* Press Statement, Department of State, Libya Claims Settlement (Aug. 14, 2008) (Exhibit C).  The Act contemplates that once the Secretary of State certifies receipt of payment of the funds described in the Act, eligible claimants will receive compensation through claims-settlement procedures to be administered by the U.S. government.  Act at § 5(a)(2)(B)(ii).

Therefore, the parties respectfully move the Court to stay all proceedings as against the Libyan Defendants in this matter for a period of sixty (60) days to permit the steps described above to proceed ("Stay Period").  Either party shall have the right to move to shorten the Stay Period based upon any further development or change of circumstances.  Nothing in the requested relief is intended to prohibit the parties from seeking further involvement of Magistrate Judge Kay should it be deemed appropriate by any party during the pendency of the stay.

If the pending actions between the parties to this Joint Motion have not been fully resolved prior to the expiration of the 60-day stay period, the parties will file a report with the Court regarding the status of the matter and such future proceedings or actions as any party believes may be necessary and consistent herewith.

Dated:  August 27, 2008                Respectfully submitted,


**HEIDEMAN NUDELMAN**
 **& KALIK, P.C.**

 /s/Richard D. Heideman
 /s/ Tracy Reichman Kalik
Richard D. Heideman (D.C. Bar No. 377462)
Noel J. Nudelman (D.C. Bar No. 449969)
Tracy Reichman Kalik (D.C. Bar No. 462055)

1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999

**PERLES LAW FIRM, P.C**

Steven R. Perles (D.C. Bar No. 326975)
Edward MacAllister
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:     202-955-3806

*Counsel for Plaintiffs*

**ECKERT SEAMANS CHERIN
 & MELLOTT, LLC**

       */s/ Mark A. Johnston*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

Wendy West Feinstein, Esq. (Pa ID No. 86698)
*Admitted Pro Hac Vice*
600 Grant Street
44th Floor
Pittsburgh, PA  15219
(412) 566-6000
wfeinstein@eckertseamans.com

*Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari*

4