UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYDS OF LONDON,** *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06-731 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,** *et al.,* | : : : | |
| Defendants. | : : | |
| **CERTAIN UNDERWRITERS AT LLOYDS OF LONDON,** *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 08-504 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,** *et al.,* | : : : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the parties' joint request for a stay of proceedings in this matter, it is hereby,

**ORDERED**, that all further proceedings be stayed for 60 days in light of (1) the recent enactment of Libyan Claims Resolution Act, Pub. L. No. 110-301 (July 31, 2008) (the "Act") and (2) the subsequent execution by the United States and Libya of the international agreement described in the Act. The Court acknowledges that either party may seek further involvement from Magistrate

Judge Kay for further proceedings within the mediation process, should it be deemed appropriate by any party during the pendency of the stay.

Accordingly, the Court further orders that during the 60-day stay each party may file a Notice with the Court stating the reasons why mediation or other Court action should resume, including moving the Court for a lifting of the stay should either party deem it necessary due to and upon any further development or change of circumstances.

If this matter is not closed within 60 days, the parties shall file a report with the Court on the status of the matter and any future proceedings that may be necessary.

**SO ORDERED**, this 1st day of September, 2008.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**